# UNITED STATES DISTRICT COURT

for the

Eastern District of New York

__________ Division

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ AUG 1 2 2025 ★
BROOKLYN OFFICE

Case No. CV 25 4039 *(to be filled in by the Clerk's Office)*

Plaintiff(s) APRIL SUMMERS

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Jury Trial: *(check one)* ☑ Yes ☐ No

-v-

RECEIVED
AUG 14 2025
EDNY PRO SE OFFICE

① NASSAU COUNTY ② NASSAU University Medical Center Hosp. ③ R.N. Nurse Cynthia ④ RO. STEK ⑤ SGT. Jhon Doe ④ C.O. Pugliese, ⑤ C.O. Perez ⑥ Corpral Regierio ⑦ C.O. Barbara shield# ⑧ Corpral Ms. Knight ET.AL.

Defendant(s)

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

## COMPLAINT FOR A CIVIL CASE

BROWN, J.

WICKS, M.J.

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name APRIL SUMMERS
Street Address 135 STATE ST. AUBURN, NY, 13024
City and County AUBURN, CAYUGA COUNTY
State and Zip Code 13024
Telephone Number
E-mail Address

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

SEE ATTATCH PAGE FOR additional Defendants and compliant.

Defendant No. 1

Name NASSAU COUNTY, COUNTY OF NASSAU

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

Defendant No. 2 NASSAU university medical center HOSP.

Name

Job or Title *(if known)*

Street Address

City and County 2201 Hempstead TPKE

State and Zip Code EASTmeadow, NY, 11554

Telephone Number

E-mail Address *(if known)*

Defendant No. 3

Name C.O. STEK

Job or Title *(if known)* Correction OFFICERS AT NASSAU CO.

Street Address 100 CArmen AVE, EAST meadow, NY

City and County eastmeadow

State and Zip Code NY, 11554

Telephone Number

E-mail Address *(if known)*

Defendant No. 4 SG.T JhonDoe

Name

Job or Title *(if known)* Correction OFFICER at NASSAU county

Street Address 100 CArmen AVE

City and County EASTMeadow

State and Zip Code NY, 11554

Telephone Number

E-mail Address *(if known)*

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

N/A

a. If the plaintiff is an individual

The plaintiff, *(name)* , is a citizen of the State of *(name)*

b. If the plaintiff is a corporation

The plaintiff, *(name)* , is incorporated under the laws of the State of *(name)* ,

and has its principal place of business in the State of *(name)*

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

a. If the defendant is an individual

The defendant, *(name)* , is a citizen of the State of *(name)* . Or is a citizen of *(foreign nation)*

b. If the defendant is a corporation

The defendant, *(name)* , is incorporated under the laws of the State of *(name)* , and has its principal place of business in the State of *(name)* .
Or is incorporated under the laws of *(foreign nation)* , and has its principal place of business in *(name)* .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

AFTER AUGUST, 6TH, 2024 where I WAS Brutally ATTACK by 8 NASSAU County CO'S, my CIVIL LAWYER PUT a CLAIM against NASSAU CO. SEPTEMBER 11TH, 2024. AFTER SEPTEMBER and BEFORE SEPTEMBER, 2024 NASSAU COUNTY CO'S WAS RETALIATING against me because I Filed a CLAIM. on AUGUST, 13TH, 2024 C.O. PUGLIESE PURPOSLY lied And Said - I sprung his hand to get workers compensation. SEPTEMBER 25TH, 2024 CO. BARBERA BASH me in the Head / ear with his keys. to See FURTHUR COMPLAINT See ATTATCH

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

I am REQUESTING 140 million DollarsIN Monetary and Comp DAMAGES due to NASSAUCOUNTY COUNTY OF NASSAU ET AL. CAUSED me Severe mental SCARRING FOR LIFE as wel as physical disfiguration Loss OF hearing PTSD Permanent SCARS And Long term medical ISSUES

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: AUGUST, 3rd, 2025

Signature of Plaintiff April Summers

Printed Name of Plaintiff APRIL SUMMERS

### B. For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address

# DEFENDANTS OF NASSAU COUNTY

① Defendant
NASSAU COUNTY, COUNTY OF NASSAU

② Defendant
NASSAU University medical CENTER HOSPITAL
ADDress - 2201 Hempstead TURNPIKE, EASTmeadow NY, 11

③ Defendant
RN. NURSE - Cynthia
JOB Title = RN. Nurse AT NASSAU university medical center Hosp
ADDress - 2201 Hempstead TURNPIKE, EASTmeadow, NY, 11554

④ DEFendant - Corpral STEK
JOB Title - Correction OFFicer OF nassau county
ADDress - 100 CarmenAve, EAST meadow, NY, 11554

⑤ DEFendant SGT. Jhon Doe
JOB Title - Correction OFFicer OF nassau canty JAiL
ADDress 100 carmamen Ave, EASTmeadow, NY, 11554

⑥ DEFendant
CO. BARBORA
JOB Title - NASSAU Canty Correctional OFFICER
ADDress - 100 CARMAN AVE, EASTmeadow, NY, 11554

⑦ Defendant - CO. PUGliese
JOB Title - NASSAU County Correctional officer
ADDress - 100 Carmen Ave, EASTmeadow, NY, 11554

⑧ DEFendant - Corpral Regierio
JOB Title - NASSAU Canty Correctional officer
ADDress - 100 CArmen Ave, EAST meadow, NY, 11554

⑨ DEFendant - CO. Jhon Doe
JOB-Title - NASSAU COUNTY Correctional OFFicer
100 CARmen Ave, EAST meadow, NY, 11554

⑩ DEFendant - Corpral MS Knight
JOB Title - NASSAU County Correctional OFFICERS
100 CARMAN AVE, EAST meadow, NY, 11554

1pg

1-38

Complaint July 25, 2025

Against Nassau County Et AL

After I was almost brutally beaten to death in Nassau County Jail on August 6th, 2024 by 8 Correctional officers in my cell, I decided to call a lawyer and sue Nassau County for what they did to me August 6th, 2024. After I hired an attorney for what happened to me, the retaliation by Nassau County Correctional officers started.

On August 13th, 2024, I was housed in D-2-0 Medical Unit in isolation with my one to one (C.O. Perez) At 5:30 A.M. (C.O. Pugliese) comes to give me my breakfast to purposely provoke me knowing he was told by MS. (Sgt. Gavigon) On January 1st, 2024 not to feed me any longer, because he threw my breakfast tray on the floor, and kicked it to me where my tray went flying across my room.

At this time, I was in D-2-0-10 cell, and my one to one officer, who was shocked, wrote this down in the one to one Logbook. He told Sgt. Gavigan what C.O. Pugliese did. (L.P.N. Chica) of the Medical Unit of D-2-0 had got me a new tray of food, because of C.O. Pugliese's behavior.

On August 13th, 2024, C.O. Pugliese is at my cell giving me my breakfast through my feed up slot while there are 6 cameras watching my cell.

Pg2

I immediately told (C.o. Pugliese) to get away from me. C.o. Pugliese kept telling me are you going to take your tray or not? Taunting me. He did this with his presence in front of my Cell.

I told my [redacted] One to One (C.o. Perez) to give me my tray. C.o. Perez tried, but C.o. Pugliese did not allow him to, as the tray was put on my feed up hatch. I pushed the food to the floor. My feed up hatch was Closed by C.o. Perez where he stated, "April your making my job harder for me. C.o. Perez wrote in the One to one Logbook that Inmate pushes her food off the feed up hatch and Slot was <u>Closed without further incident</u>.

That early morning (Corporal Regeiro) was the Corporal who was working at 5:30 A.M. in the D-2-D Medical Unit where he had access, and view of the T.V. monitors of all the Cameras that was in the day-room area where I was.

On August 21st, 2024, I received a disciplinary hearing from (Corporal Kellum) for assault on staff. The ticket Stated: I, April Summers, pulled C.o. Pugliese's hand in the feed-up hatch after he put my food on my hatch.
The report Stated that I broke, or Sprung C.o. Pugliese's hand. This man knew what happened to me August 6th, 20

in (E.I.F.) where I was jumped, and beaten by his fellow officers where they fabricated medical documents and injury reports to get workers compensati

~~Cuppard~~

So ( C.O Pugliese ) decided he was going to do the same thing.

Around August 28th, 2024 Nassau County Internal Affairs saw me in the jail because I asked to speak to them about C.O. Pugliese's fraudulent behavior. Once Internal Affairs interviewed me on the Tape-Recorder, I told Internal Affairs I wanted to press charges on C.O. Pugliese for discrimination/defamation of Character. Internal Affairs (Investigator Pierce) tells me why do you want to press charges on him. It's not like your getting outside charges for this. We know you didn't assault him.

So in so many words Internal Affairs is telling me C.O. [redacted] Pugliese is just using me to get a little time off and the jail knows this, and is OK with this. I told Internal Affairs this is wrong. I found out late August, 2024 ( Corporal Regeiro ) CONDONE C.O. Pugliese lies, and Corporal Regeiro forged the office Logbook, on August 13, 2024 in D-2-D Medical Unit stating I assaulted C.O. Pugliese.

Pg 4

Around August 28th, 2024 I went infront of my Criminal judge in Meniola for my Criminal Case, and I told my judge MS. Mendy Barkowitz that I was assaulted brutally August 6th, 2024, and I Continue to tell her on the record that I fear my life in the Nassau County Jail because the C.O.S are putting false accusations on me, and they are attacking me where I fear [redacted] they will do it again.

The Judge told me that She was sorry about what was happening to me, but now that I've Stated everything on the record my civil lawyer can now get the Minutes from my today appearance. I was Shocked that that's all the Judge Could do.

Around August 30th, 2024 I told C.O. Perez what C.O. Pugliese Claimed while he was watching me that Morning August 13th, 2024. C.O. Perez tells me why would they lie. I was your one to one that morning, and I was on Camera watching you. C.O. Perez told me he was not going down for C.O Pugliese's dumb Stunt.

C.O. Perez tells me in front of everyone if anyone from the authority's office ask him what happened, he's telling the truth. C.O. Perez Continued to tell me that why would they do this to him and not tell him. They were going to do this.

C.O. Perez tells me I wrote the truth in the one to one Logbook, and never mentioned nothing of you pulling officer Pugliese's hand in the feed up hatch.

On September 25th, 2024 at 6:00 p.m., I, April Summers, was coming back from an attorney visit with my one to one officer (St. Louis), with I got back to the D-2-D Medical Unit, and I went into my dayroom area where my cell was as well, and I walked around in the dayroom in circles out of boredom. My one to one officer St. Louis was watching me from the hallway where there was installed new "State Carmeras" since September 19, 2024.

As I had my left ear placed to the dayroom door, (C.O. Barbara) was doing Rounds, and he saw my ear on the door and he Smashed/bashed the thick Gold key into my left ear and walked away laughing saying, "You nosy Bitch." I immediately started crying and screaming, my left eardrum hurt as if it has popped, and it felt hot with liquid draining from my ear. My (one-to-one) St. Louis' jaw was dropped and L.P.N. Nurse Janez ran out of the Nurses Station and "Stated," What the Fuck did you do to April Barbara?" She came into the dayroom

Pg 12

) and looked at my ear. The rest of the evening, C.O. Barbara Stared at me with hate, and told me, "Who do you think you are? You're not better than me!"

On September 26th, 2024 at 6:30 A.M., I I could not hear nothing in my left ear. I was in such pain. Around 7:45 A.M. (Doctor Henig) Came to See me in the D-2-D - Medical Unit at my cell. AS (C.O. Steele) opened my cell door, Dr Henig asked me what happened to me, and I told her what happened, and She [redacted] huffed and puffed and Said, "Ap-ll. I'll be back, I've got to get a Stephoscope for your ear."

AS She came back, She looked into my left ear and told me She Couldn't tell if my ear drum had been erupted due to the build up of ear wax in my left ear. She told me She was going to me on ear drops, and pain reliever and ear wax remover So that She Could have a better look in 3 days. These 3 days were miserable. I wrote Sick-call Slips everyday complaining of pain.

On September 29th, 2024 or September 28th, 2024, Doctor Henly Came to See me around 9:45 A.M. to Check out my ear, and when she Saw the ear wax She told me, "April, I need to flush your ear out." I was taken to another room to be Trinya on the Medical Unit.

Once Dr. Henly flushed my left ear out, and looked into it, She Said, "Your left ear is highly inflamed and look infected. I told Dr. Henly, I told you. She then trys to protect the C.O. who did this to me. And She tells me, "April, I can't Say this is from the C.O. because You had Covid August 9th, 2024. I told her this is not Covid related. I told her I need to See an E.N.T. specialist regarding my left ear whose an Ear, Nose and Throat Doctor.

She tells me She wants to try and put me on Stronger pain Medication for the eardrops, and on antibiotics for a week or So to see if my ear heals up. For 2 weeks Straight, I put in for Sick-Call, and wrote Medical in which I was Complaining about pain in my left ear, and Complications from hearing and not Sleeping due to the pain in my left ear.

pg 8

Around early October, 2024, Internal Affairs of the Jail Came to See me. They took my Statement on What C.O Barbara did to me on September 25th, 2024. They took a picture of my left ear, and they took a picture of the huge indent C.O. Barbara left on the dayroom door. I told Internal Affairs to get the Video Camera that was in the D-2-D Medical Unit Hallway, and to question my one to one officer C.O. St. Louis who witnessed C.O. Barbara bashing the keys into my left ear.

I also told Internal Affairs to Copy and take a picture of the one to one Logbook of August 13th, 2024 of C.O. Perez writing Inmate pushed food off feed up hatch, and no further incident occured. Internal Affairs takes a picture of the Logbook and leaves.

On October 6th, 2024, the A.D.A. or Public of Corruption comes to see me with her Detective and my lawyer is also present at this visit.

I tell this lady what happened to me August 6th, 2024 of the C.O.s brutally assaulting me in my cell. I then told her what C.O. Pugliese did to me on August [redacted] 13th, 2024 at 5:30 A.M. I told her I want to press charges on C.O. Pugliese! Her detective responds and tells me why do you want to press charges! We know you didn't assault him, and that's why you are not getting outside charges.

I was shocked by what came out of the detective's mouth. This I knew, this investigation was not going to be handled fairly. I then stated because it's the principle, and C.O. Pugliese can't be just going on Working Compensation Relief because he's overworked and needs a break.

I Continue by Saying that C.O. Perez is my witness and he is Willing to tell everything, and be truthful, Before I could finish my Sentence, the A.D.A. of Public Corruption Started yelling at me like a crazy hyena. "Yelling", I don't want to hear anything about C.O Perez. This I knew at that moment She was going to Shush my witness (C.O. Perez) to not talk against C.O. Pugliese.

She was Corrupted, and I knew She was not going to help me.

On October 15th, 2024 at 12:30 p.m. Lt. Ravency Came to my Cell door and told me are you going to behave April? I told him of Course. Why? He told me I'm being Sent to the (outside Specialist) to see an (E.N.T. Specialist) for my left ear. I was "Cuffed and Shackled" at 1:00 p.m. and driven to the Specialist by two Regular Medical Transit C.O.s.

AS We got to the Doctor's office, I Saw the E.N.T. Specialist Doctor. He looked into my left ear, and Said young lady you have some issues [redacted] With your left ear. It's Swollen and highly inflamed. He told Me he was going to put Me on a Stronger dose of Antibiotics, and better ear drops pain medication to relieve my pain. I Complained to him about my loss of hearing in my left ear.

Right after I passed out in front of him, I woke up the Same day at Nassau University Medical Center Emergency Room to only Speak to the Triage Nurses, and tell them all I knew was that I was Sent to the E.N.T. Specialist due to being attacked in the jail by a guard hitting my left ear with keys. I told them I passed out infront of the Specialist.

I also told them how I Saw blood in my Stool for the last Couple of weeks, and I was extremely dizzy. I was immediately put into Room # 19 in the emergency Room where I was in front of the Doctors and Nurses Station. There was a Mounted Camera above My Ceiling in front of my door.

It was around 3:30 p.m. while the Nurses Started to hook me up to the I.V., and take my blood. I was handcuffed to the bed, and Shackled to the bed. There were 3 C.O.s from Nassau County Jail watching me outside my room.

Around 7:30 p.m. I was told I was being admitted to the hospital OCTOBER, 15 2024 The nurse told me my blood is elevated for possible blood clots, and they See an infection in my blood, and they See I'm higly dehydrated. The rest of the night was quiet, and I went to sleep in 19s in the emergency room, because there was no bed available on the admitting floor.

On October 16th, 2024 at 8:00 A.m. I was woke up to 3 new regular C.O.s watching me. It was C.O. Rosa, (C.O. Limage), and another unkown C.O. I know all from the jail, and had a good repore with [redacted] (C.O. Limage). He gave me my breakfast tray, and everything was fine.

Around 9:45 A.M. the Medical Team Came into my room, and I told them what happened to me that has me here at the hospital. My doctor told me I Could not eat, and made me N.P.O. (No food by mouth)

Pg 13

Around 10:00 A.M. the S.E.R.T. Team from Nassau County Jail Came to the hospital to relieve the 3 other C.O.s that just Came in at 8:00 A.M. I found this to be odd due to the fact that the S.E.R.T. officers in Nassau County Jail Stands for (Service, Emergency, Response, Team). These officers are used usually for aggressive Inmates that need to be handled by use of force. S.E.R.T. officer (L        ), and another unknown S.E.R.T. officer watched me.

Around 10:30 A.M. R.N. Nurse Cynthia introduces herself to me. She Came into my room, and wrote her name on the board. She changed my I.V., and took my Vitals. She told me she was nurse for the day, etc. We Started talking when She told me She owned a house in Northport Long Island, and She told me she was married to a Blackman.

Since She was So comfortable about telling me this about her, I decided to tell her how Nassau County Jail had treated me. I told her how the C.O.S beat me in my Cell almost to death on August 6th, 2024. They bashed me in the face with handcuffs, and took turns punching me in the face while I was handcuffed. They were telling me I was not a woman while they were doing this. Nurse Cynthia Stated that's horrible I told her that it's O.K.

I got a good Civil Attorney who I hired named (Sandaford Ruben Stein). Nurse Cynthia Stated, "Oh my God." I know him. He's my E.R.A. He's my E.R.A. Nurse Cynthia told me She hopes I get every penny for what they did to me.
Around 11:00 A.M I was taken to the cat Scan to get an image of my left ear and brain.

I must have been unhooked 8 times by the S.E.R.T. officer (L ) to use the Bathroom.

Because I have the I.V. in me, by 2:00 p.m. S.E.R.T. officer (L ) left to relieved by C. Corpral Stek).

Pg 15.

As (Corpral Stek) took over for the S.E.R.T. officer (L        ) around 2:30 p.m I asked (Corpral Stek) if I could use the bathroom. He gave me an attitude, and told me I had to wait. 5 minutes Later (Corpral Stek) took the handcuffs off from the Gurney Bed, and I walked across the hospital Hallway to go to the bathroom.

Once I got into the ladies room (Corpral Stek) had the doors wide open on me so that the Civilians in the hallway could see me use the bathroom. I told (Corpral Stek) to close the bathroom door, and he yelled at me saying, "are You going to use the bathroom or not?"

I [redacted] went to the door and tried to close it (Corpral Stek) was tussling with me to keep the door opened. S.E.R.T. [redacted] officer (Lt. Freeze Came) to the bathroom door and said "April. What's the issue?" I told him that I had to pee, and (Corpral Stek) wants to humiliate me by having the door wide open while I use the bathroom.

Lt. Freeze told (Corpral Stek) to crack the door while I use the ladies bathroom.

As I was done peeing, I walked out the bathroom telling (Corporal Steki) he looks like the hills have eyes movie. He cuffed me to the bed, and left the room with me.

Around 3:00 p.m. the Gastro Resident doctor came to see me to tell me I was fine and I could eat now.

Around 3:30 p.m. R.N. Nurse Cynthia came to check up on me. I asked her if I could eat, and she tells me I'm still (N.P.O.). I told her the doctor just saw me, and told me that I could eat. She said that may be true, but those were the (resident doctors) they should have never told you that. I asked Ms. Cynthia then what's my diagnoses? Also why am I still here in the hospital? She said that the medical team stated, "I possibly have blood in my stomach."

Around 4:00 p.m. ( Nurse Cynthia ) Came back to take the I.V. out of my arms, and She Said O.K. Your good to go. The hospital is discharging you. She gave me a tray from lunch. She said, Your just waiting for the discharge papers. I asked her if she Can bring me some Sandwiches due to the fact that I have not eaten for a full day.

She told me She would See what She could do Around 4:30 p.m. I Saw Nurse Cynthia didn't Come back So I asked P.C.A. to get me Some Snacks (Patient Care Assistants). The P.C.A. brought me Some Sandwiches, etc.

Around 5:00 p.m. Nurse Cynthia Came back and took my Vitals, and told me I was officially discharged. She gave me the Sandwiches, and the discharge papers she gave to the C.O.S. She told me the only thing you're waiting for is the jail transport. I asked Nurse Cynthia if I'm Still here, Can I eat the 6:00 p.m. dinner? She said yes IF you are still here,

Around 5:20 p.m. I Saw P.C.A., and asked them to bring me dinner. The P.C.A. told me aren't You (N.P.O)? Nothing by mouth.

I told her no. I'm being discharged. The P.C.A. went to get me a dinner tray. As Soon as she put the dinner tray on the eating desk infront of my bed and left the room, the Curtain was closed on my door and I was shackled to the bed still. My right hand was handcuffed to the bed.

S.E.R.T. (Corpral Stek) Came into the room with me and Screamed at me running towards me Saying give me that (fucking plastic silverwear) I pulled my tray away from him and (Corpral Stek) punched me in the face several times. I started to scream telling him to get off of me.

He was still punching me in the head and face. His Sgt. jumped in, and started punching me, I was Screaming for help. Nobody from the nurses' Station tried to help me. Infact a P.C.A. was watching the C.O.s attack me from a small opening in the window where the Curtain did not Cover.

I told her help me please! Come in they're beating me up. She walked away on the mounted Camera that was outside my door where I was, room 195.

Pg 19.

As the C.O's kept attacking me while I was handcuffed to the bed, I decided to fight back with my best ability due to they would not stop [redacted] attacking me. My one to one officer backed away once he saw what they were doing.

I bit (Corpral Stek) to keep him from punching me, and (Corpral Stek) said "He" bit me, and started bashing the handcuffs into my head. I grabbed (Corpral Stek's) face with my hand, and left a huge scratch on his face.

After they finished attacking me, they took my left hand and handcuffed it to the bed. I believe this attack by (officer Stek) was **planned** and organized by the Nassau County Jail in **order** to **beat** me up behind the curtain out of retaliation due to the fact that I was **Sueing** them for the August 6th, 2024 incident with (S.E.R.T. Corpral [redacted] Buyalecki) who beat me up in my cell. THAT DAY.

AND What a Coincidence (S.E.R.T. Corpral Stek) beats me just like (S.E.R.T. Corpral Buyalecki) and his crew did August 6th, 2024 with **handcuffs**

After I was cuffed to the bed, a Security Guard opened the Curtain. I told him to get the doctor, because they beat me again and bashed me in the head with cuffs. R.N. Nurse Cynthia was Standing next to the Security guard, and She told me She heard everything. But why didn't I give them my plastic wear? I told her that I didn't have a chance, because he just lounged at me, and Started to attack me. I told Nurse Cynthia I'm dizzy and I need to See a doctor. Nurse Cynthia Said, "Let me see what I can do?"

20 officers from Nassau County Jail popped up in the Hospital E.R. (S.E.R.T. Lt. LeVIN) told [redacted] the officers in front of me "What ARE Yall Still doing here, YALL KNOWS what to do. The 3 C.O.s left and (S.E.R.T Corporal Buyalecki) was now watching me in Room 19. I told him You're not supposed to be here around me due to what you did to me August 6th, 2024. Buyalecki told me, "I don't know what You're talking about.

R.N. Nurse Cynthia Came back and told me in front of (S.E.R.T. Lt. Levin) that All Your medical team and doctors went home for the day.

I told her what do you mean. This hospital is a 23 Story floor Building. She looked at (Lt. Levin) and she "Stated" what do you want me to do? I can re-Tringe [redacted] her back in (Lt. Levin) told her I don't care what yal do. (Lt. Levin). Then Changed his mind and told Nurse Cynthia to come with him to talk.

He took her out of my View, and they went behind the Nurse's Station for him to Conspire with my R.N. Nurse about my Medical care. R.N. Nurse Cynthia then came back to my room, and told me they said You could be Seen at the County Jail for Medical attention. I told her no! I was attacked in the hospital, I'm dizzy, and I'm bleeding out of my head.

She told me she doesn't know what to do. She then told me April! "Let a lawyer handle this." Let a lawyer handle this. I was so confused as to why she kept telling me let a lawyer handle this. When I was in Medical distress, and had [redacted] injuries all over my body.
R.N. Nurse Cynthia just Walked away.

Pg 22.

The (S.E.R.T.) Team put me in a Restraint wheel Chair, and wheeled me out of the hospital. They had a handheld Camcorder on me, and I told the handheld camcorder what was done to me. As we got back to Nassau County Jail which was only 2 minutes away from the hospital.

I was taken out the wheel Chair, and they changed my clothing. I was brought upstairs to the Medical Unit, and I saw R.N. Nurse Cynthia who works the Jail Medical Unit. She was accompanied by a male nurse Supervisor.

Nurse Cynthia asked me what happened to you? I told her the officers in Nassau in (Nassau University Medical Center / hospital) attacked me. I told her I need pain meds, and the hospital refused to see me.

The male nurse supervisor interrupted her, and said, "he can get pain medication around 9:00 P.M. when his nurse does the go round with the med. cart in the Medication Unit. It was only 7p.m., and this Nurse Supervisor was telling me I could wait to get pain meds. was not right.

pg 23.

I was escorted to my unit D-2-D - 9 cell Medical Unit. When I got to my cell I saw (L. P. N. Chica) walking in the Medical hallway.- In D-2-D, I screamed out to him to come to my cell. He told me, one minute April. As Nurse Chica came to see me, he told me what's up April. I told him I was assaulted just tonight at the Nassau University Medical Center by the Correctional officers.

I told him that I had [redacted] bruses all over my body and face, etc. (C.O. Steele) opened my door and (Nurse Chica) examined me. He said, April. What's going on? You got blood all in your head and a gash in your head. I told him they bashed me in the head with handcuffs. Chica told me did the hospital see you for this?

I said no. They were in cahoots. They denied me medical attention, and told me the jail could see me. L.P.N. Chica told me they were suppose to see you over there for this. Why they trying to put this on the jail Medical Staff (L.P.N. Chica)? (L.P.N. Chica) told me April I'm going to write all your injuries up. Nurse Chica wrote 9 injuries including swollen left arm, and swollen Right arm, gash in the head, et

Nurse Chica told me this is crazy April. I'm going to get a doctor. Nurse Chica came back, and told me the Doctor Said he would See you before the night ends. L.P.N. Chica wrote a (4 page Statement), Sick-call for me, and filed it as a Medical document. L.P.N. Chica told me, April. Let the County Continue to pay you.

I was left in my cell the whole night and no Doctor came to See me. (L.P.N. Chica) told me at 6:30 A.M. October 17th, 2024 that he told the doctor to come to See me, but the Doctor refused to come.

At 9:45 A.M. October 17th, 2024 the N.P.N. Came to See me about me injuries. She asked me, what happened to me. I told her how I was brutally beaten in Nassau University Medical Center Hospital October 16th, 2024. This was done by two S.E.R.T. officers and the Hospital didn't attend to my injuries and refused to help me.

pg25

The N.P.N. Said, did the hospital at least evaluate the injuries? I told her No they did not. [redacted] The N.P.N. Said, "Oh wow!" She then looked into my head, and Said I have a Scab of blood [redacted] forming over a cut in my head. She also Saw my other injuries, and the gash. She put me in for (13- X-Rays) of my head.

Around 3:00 p.m. I was taken to get X-Ray's in the Nassau County Jail [redacted]

I was waiting to be X-Rayed. I asked (Lt. Ravency) who was (AAfrican American) [redacted]. I asked him to please Can You get (Internal Affairs) to see me. So I can get pictures of these WOUNDS while they are fresh! Lt. Ravency tells me that they should See me Soon, but if they take too long Your medical documents from what happened to you in the hospital is crazy, and proof of what happened to you.

After the X-Rays, I was brought back to my cell.

Around October 24th, 2024 C.O. Perez was watching me overnight on D-2-D at 9 cell. I asked him did the A.D.A. of Public Corruption of Nassau See him yet. His whole demeanor Changed up. He told me he can't talk about this investigation. This I knew Perez was coerced, and possibly hushed up to not testify against C.O. Pugliese by the A.D.A. of Public Corruption in Nassau County.

She purposely hushed (C.O. Perez) to not be my Witness against C.O. Pugliese of the August 13th, 2024 incident. I told (C.O. Perez) why you changed?

He told me April just get your money from from what your Attorneys are going to get You out the (assault case) in Nassau from the August 6th, 2024 incident, and leave Long Island with the money I told him no!

What Pugliese did to me on August 13th, 2024 is wrong, and must be exposed in order that he is held accountable. I told C.O. Perez even if I have to take this to the F.B.I. I will. C.O. Perez told me please don't get me involved with no F.B.I. Investigation. I told him No. It's too late. You are a Witness to a Crime.

(28)

On October 19, 2024, Saturday at 12:45 A.M. in D-2-D Medical Unit at Nassau County. I was Sleeping in my Cell when all of a Sudden Mr. Ballard Knocked on my Cell, Cell 9, and he told my one to one officer Mr. McFeely to walk away. C.O. Mr. Ballard tells me, April are you o.k.?

From what they did to you at the Hospital October 16th, 2024. I told him No! They beat me up behind the Curtain at the hospital. He tells me I'm Sorry to hear that, but they're going to keep beating you April to make you look like the aggresser in order to fuck up your law Suit with you and your Attorney.

C.O. Mr. Ballard tells me, April you need to Contact the D.A. again, and tell your lawyer Shirian I told him I'll tell them. I asked him how does he know? This he told me, C'mon I work here April. These C.O.'s talk about you all the time to where there reading your legal ~~work~~ everytime your Mail Comes in from your lawyer "Mark Shirian."

All of this was Caught on the 5- Recording Cameras in the D-2-D day room of C.O Mr. Ballard at my Cell for 20 minutes telling me all this. There was also a new instalke Camera in my cell D-2-D 9 Cell recording this as well.

On October 31st, 2024, I went infront of my Criminal Judge ( Ms. Meraly Berkawitz ), and I told her on the record that I Spoke to her on August 28th, 2024 at my 1st appearance in front of her. That Nassau County was going to retaliate against me, because I was Sueing them, and I told her that the C.O.S brutally beat me in the head with handcuffs in the hospital October 16th, 2024.

After I Speak on the record, she tells me She is Sorry everything I went through in Nassau County Jail happened to you, but She hopes I have a better experience once I go to a New York State Doccs prison.

Around November 7th, 2024 I went outside to recreation at the Nassau County Jail, and officer Mr. Ballard Spoke to me at my Rec. Cage, and he told me "April." "If you need me in Court tell your lawyer I'm willing to help." I asked him is he Sure, and he told me, "I got you."

I was so overwhelmed of everything that has happened to me in Nassau County that I wrote a grievance on November 17th, 2024 requesting to be housed in a Women's housing area to Stop the brutal beatings and retaliation. On November 22nd, 2024, grievance officer Corporal MS. Knight Comes to See me at my cell at D-2-D 9 cell.

(31)

She asked me to Sign off on a grievance, as I did, I asked her did She get my grievance of Wanting to be housed With the females Which is my right. MS. Knight tells me in front of my one to one C.O. humiliating me by Stating, "here's the thing. You have a dick." I told her, you Cant talk to me like that."

She Continued to tell me, "you have a penis right?" Sgt. Samoza heard her Say this in front of me the Second time, and She walked away. I Wrote up a grievance on MS. Knight for unprofessional-ism, and I Spoke to Internal ~~Affairs~~ on the Tape-Recording about her behavior on Some time late November.

(32)

On November 24th, 2024, at Sunday 6:30 A.M., I realized my breakfast was not given to me at the regular time. It is usually given to me around 6:30 A.M. every day. Around almost 7:00 A.M. I put my head up to see that my one to one officer was not sitting in the chair at his post, but to see C.O. Pugliese walking in the D-2-D Medical Unit in the Hallway.

I was in shock to see this man walking around me once again after he fabricated a story about breaking his hand through the feed-up hatch August 13th, 2024.

My one to one officer walked back into the area with me, and he gave me my food, I told him What's C.O. Pugliese doing back in the Medical Unit with me? My one to one officer ~~walked back into~~ told me, I don't know, and ~~my~~ one to one wrote in ~~the~~ Logbook that I ate.

Around 7:35 A.M. C.O. Pugliese Came Into the ISolation area with me, and my one to one. I Started Screaming at him telling him you Can't be in here with me. You fabricated County documents, and put false Claims on me Saying I assaulted you. C.O. Pugliese Stamps the one to one Logbook and Signs it. ~~He~~ He looks at me and laughed. Harassing me.

Around 3:00 p.m. to 4:00 p.m. I tell (Ms. C.O. Melvin) that C.O. Pugliese is ~~Brack~~ back in here with me. She Said, "What!" "He Can't be in here with you. Let me Speak to Lt. Ravency the Lt. of the Medical Unit. When C.O. Melvin Comes back, She told me that they are going to allow him to work the Medical Unit, but he is to remain out of the ISolation area with you or your every day one to one officers.

C.O. Pugliese Can't Come to work in the D-2-D Medical Unit with me until after I went upstairs in December 7th, 2024.

(34)

On or about November 28th, 2024 (Corpral Grievance MS. Knight) Showed me her response to my grievance of my wanting to be housed with the females. She writes on my grievance, "Grievant is a biological male and has male genatilia as per Medical States in the Jail, and due to grievant being a biological male, they can not be housed with the females.

I knew this twisted response was another sign of discrimination and retaliation. I knew her response of my being a Trans-woman with having male genatilia is an Outdated practice/rule of New York State Law where this law does not abide on New York State Medical Memos anymore. Trans females can be housed with females even if they have male genatilia.

As I have been in female housing in County Jails, such as Hudson, New Jersey, and Atlanta Georgia. I appealed her decision to deny my grievance.

On December 7th, 2024, I was Sent up State from Nassau County.

Then on December 30th, 2024 I had a phone Conferrence with the Eastern District Federal Judge, The Honorable Judge, Ms. Lois Bloom! Ms. Lois Bloom Spoke up for me against Nassau County Attorney Ms. Victoria Lagreca, and she told Ms. Lagreca how dare she Come to the Courts with So many excuses about Ms. Summers of not being discriminated against. Ms. Bloom Was nice enough to help me, and She ~~Recg~~ recognized that I was troubled, and discriminated against in Nassau County.

I was in front of Judge Ms. Lois Bloom for a Civil Pro Se Matter which I put against Nassau County.

4 Copies

36

June, 2024 for them Continuing to Keep me ISOlated for a Year, and for them having my lights on 24-7 along with the Fact that they made me eat with my hands for 6 months. I Settled January 24th, 2025 for $2,500 due to the fact that I did not want to deal with the Stress, and I needed the money for Commissary in State prison. (MS. Lois Bloom) tells CO. Attorney MS. Lagrecka, " Do not try and taint with MS. Summers Case regarding her lawyer and her case against Nassau County, because of this $2,500.

I also Want to follow up on that after I was beaten in Nassau University Medical Center Hospital on october 16th, 2024. I never received a Misbehavior Report for this whole Situation. This told me they could not fabricate documents against me because they knew the injuries I substained was overwhelming and they would have to explain the injuries and Justify them which they could not.

I Also would like the courts to know I have sent C.E.O. MEGAN RYANS OF NASSAU University medical center 3 Grievance complaints of how her medical staff

4 copies

(37) REFused and Neglected me From medical care ETC. on OCT. 16th, 2024

These 3 Letters was sent certafied mail to her and she has not complied with NOT one response to my Grieavance complaints Against NASSAU university medical CENTER HOSPITAL

Also The A.D.A of public of corruption of NASSAU County has refused to prosecute these Horrible acts by These nassau county officers who NOT HAS ATTACK me once In the JAIL 2024 But who ATTACK me Sevral Times out of hate Due to me being TRANSgender Female.

These FACTS IN all 37 pages, I have also sent This TO the NYS Attorney General For re-opening [redacted] For Criminal prosecution against these NASSAU County OFFicers who the NASSAU County DISTRICT ATTorney office is Trying to protect due to They are county workers.

NASSAU County Failed to do there JOBS and IS IN ca hoots with covering up crimes That TENDS to happen In the nassau county JAIL

JUST, June. 4th. 2025 Auburn Prison has put Me IN to see a Audio speacilist, where The DOCTOR STATED I had Loss of hearing In my LEFT EAR DUE to what the CO. did to me In NASSAU county

FULL CLAIM AGAINST NASSAU CO.

 AUG. 4TH, 2025

## Respondents

County of Nassau and Nassau County Correctional Center, and also Nassau County University Medical Center are vicariously liable for the acts of the aforesaid agencies, departments, officers, and individuals under the doctrine of respondeat superior

The Time when, the place where, and the manner in which the Claim arose:

On or about August 13th, 2024 & September 25th, 2024, & October 16th, 2024, and November 24, 2024 at the premises known as Nassau County Correctional Facility located at:

100 Carman Street
Building A
County of Nassau
City of East Meadow, N.Y., 11554

And

The Nassau County University Medical Center
2201 Hempstead Turn Pike
East Meadow, N.Y. 11554

pg 3. Claim arouse at different times on
4 different incidents of a pattern of Retaliation!

Nassau County Correctional Center (A Facility Owned and operated by the Residents of the County of Nassau

Claimant April Summers an Inmate at Said Facility was retaliated against by Multiple officers at Nassau County Jail Light after her Attorney filed a Claim against Nassau County on September 11, 2024. After the filing of the claim by my Attorney, Multiple officers at Nassau County assaulted, beat, battered, discriminated against, and uses of excessive force, and defamation of her Character.

This was a direct Result of negligent Supervision, & Security at the aforesaid locations. The people involved were C.O. Pugliese, Corpral Regielio, & unknown C.O's from Aug. 13th, 2024. They were falsifying misbehavior reports of assault on staff in order for C.O. Pugliese to get workers compensation.

Claiment in this above matter Sustained injuries as a direct result of purposeful and intentional defamation of Character.

Pg 4.

Then due to this above act of her Attorney filing a Claim against Nassau County Claiment, April Summers, was retaliated against at Nassau County Jail on September 25th, 2025 by C.O. Barbara. He used a blunt object, namely keys, to bash Claiment in the left ear causing serious physical injury. As a result of this action by C.O. Barbara, She had to see an (outside specialist) who was A E.N.T. Doctor. This incident arouse originally at 0-2-0 Medical Unit on State Camera. Due to negligence and carelessness of these ~~hands~~ hands act Nassau County is held liable for their County employees (who should have been afforded proper training as Correctional officers

SEP. 11 2025

Due to the negligence of Nassau County's oversight and Careless acts, the Claiment, April Summers, was retaliated against once again at Nassau University ~~Center~~ Medical Center Hospital on October 16th, 2024 in the E.R. at 5:30 p.m. in Room #19. Two Correctional officers out three that were in the Room with Claiment Constantly battered, and beat Claiment while She was hand cuffed to the garney Bed. She also was shackled to the bed when (C.O. Stek) on the date of October 16th, 2024 - who is one of the Defendants bashed Claiment in the head 10 times to where serious injuries occured.

Due to the negligence and oversight of N.C.M.C. Hospital — who are defendants as well — Carelessly and neglectfully decided to neglect Claimant, and be in Cahoots with Nassau County Jail and neglect Claimant from any type of medical care by not treating the gash in the head of Claimant along with other serious injuries.

On November 18, 2024, Claimant, April Sammons, put an agrievance at Nassau County Jail about her fearing for her life, and stating in grieavance that she would like to be placed in a female housing area within the jail. That allows her to be with her gender change type people.

Claimant → Wrote a grievance

Respondent → (Corporal MS Knight) = Answered grievance on November 22, 2024. She told claimant that Claimant can't be housed with women, because she has a dick.

Pg 6.

Claimant → Told Ms. Knight she (Ms. Knight) Could not Speak to her that way.

Respondent further antagonized Claimant by asking → "You have a dick don't you?" Respondent then stated, "You have a dick." #
This was in front of Sgt. Samozo, and other incarcerated individuals along with another officer.

On approx. November 25, 2024, respondent Came back with a written response to Claimant's grievance. The written response stated that Claimant is a biological male, and Claimant can't be housed with women due to male genitalia as per Medical at Nassau County Jail.
This law is outdated and has been repealed. Therefore it was / is obsolete. Then and now.

As a result of their behavior which is all 4 incidents that Claimant suffered, Claimant sustained but not limited to serious personal injuries including but not limited to:

Pg 7.

emotional distress, P.T.S.D., dizziness unconsciousness, gashing and bruising and knots all over the head, bruising on both hands, depression, loss of hearing, & humiliation, Bruising and swelling of LEFT Forearm and Right Forearm, PAIN and swelling to LEFT ear

7A

The damages Sustained by Claimant are as follows:

Violation of rights under Title 42 U.S.C. § 1983 = $10,000,000.00

Violation of rights under U.S. Constitution = $10,000,000.00

Violation of rights under N.Y.S. Constitution = $10,000,000.00

Pg1

| | |
|---|---|
| Excessives Force = | $10,009,000.00 |
| Emotional Trauma = | $19,009,000.00 |
| Negligent hiring, training, retention & supervision = | $19,009,000.00 |
| Infliction of emotional distress = | $19,009,000.00 |
| Humiliation and Fear = | $10,000,000.00 |
| Loss of Reputation = | $19,009,000.00 |
| Cruel and Unusual Punishment = | $19,000,000.00 |
| Defamation of Character = | $19,000,000.00 |
| Medical Malpractice = | $10,009,000.00 |
| Medical Neglect = | $19,009,000.00 |
| Discrimination of a Trans-Gender Women = | $19,009,000.00 |
| Total amount of Claim = | $140,009,000.00 |

[signature]

KEVIN HESSE
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01HE0024369
Qualified in Cayuga County
Commission Expires May 06, 2028

[signature] July 31, 2024




ROM - APRIL Summers
N # 24B5006
urn CORRECtional FACILITY
P.O. BOX, 618, AUBURN, NY
13024


US POSTAGE PITNEY BOWES
ZIP 13021 $ 014.94⁰
02 1W
0001387039 AUG 05 2025

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ AUG 1 2 2025 ★
BROOKLYN OFFICE

LEGAL
MAIL

USMS

To: PRO SE OFFICE
CLERKS OFFICE
~~UNITED STATES EASTERN~~
District Court

225 CADMAN PLAZA EAST
BROOKLYN, NY, 11201


FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ AUG 1 2 2025 ★
BROOKLYN OFFICE

**SENDER: *COMPLETE THIS SECTION***

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

TO: PROSE OFFICE
United STATES
EASTERN DISTRICT COURTS
225 CADMAN PLAZA, EAST
BROOKLYN, NY 11201

9590 9402 9093 4122 7369 78

2. Article Number *(Transfer from service label)*

9589 0710 5270 0066 4310 43

***COMPLETE THIS SECTION ON DELIVERY***

A. Signature

X

☐ Agent
☐ Addressee

B. Received by *(Printed Name)*

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type

- ☒ Adult Signature
- ☐ Adult Signature Restricted Delivery
- ☒ Certified Mail®
- ☐ Certified Mail Restricted Delivery
- ☐ Collect on Delivery
- ☐ Collect on Delivery Restricted Delivery
- ☐ Insured Mail
- ☐ Insured Mail Restricted Delivery (over $500)
- ☐ Priority Mail Express®
- ☐ Registered Mail™
- ☐ Registered Mail Restricted Delivery
- ☐ Signature Confirmation™
- ☐ Signature Confirmation Restricted Delivery