FILED By PRO SE PlAintiFF
ON MAY, 3rd, 2026

TO UNITED STATE'S FEDERAL
EASTERN DISTRICT COURT
PRO SE OFFICE
OF CENTRAL ISLIP NY, 11722

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ MAY 22 2026 ★
LONG ISLAND OFFICE

CIV DOCKET#: 2:25-CV-04039-GRB-JMW

RE: NASSAU COUNTY JAIL/ LEGAL DEPARTMENT- OF The NASSAU COUNTY JAIL WAS SENT A F.O.I.L REQUEST through PRO SE PlAINTIFF on MARCH, 17TH, 2026 For LEGAL DOCUMENTS For her to P.R.E.P For her (CIVIL CASE) AND NASSAU COUNTY IS UNRESPONSIVE. F.O.I.L REQUEST THAT WAS SENT OUT TO NASSAU COUNTY JAIL LEGAL DEPARTMENT WAS SENT OUT (CERTIFIED MAIL) on MARCH, 17TH, 2026

"Hello Your Honor"

MAGISTRATE JUDGE MR. JAMES M. WICKS I PlAintiFF (MS. APRIL Summers) has PUT IN A F.O.I.L REQUEST (CERTIFIED MAIL) to the (NASSAU COUNTY JAIL LEGAL Department) on MARCH, 17TH, 26 PlAintiFF REQUESTED multiple DOCUMENTS through the F.O.I.L WhiTch Included TAPE RECording / all video's OF DIFFrent DATES ALL INTERNAL AFFAIRS REPORTS AND all Grievance's And Response's to Grievance's ETAL. MADE By PlAintiFF, AND NASSAU COUNTY IS Still un-Responsive to my (F.O.I.L REQUEST) Your Honor

I HAVE PROOF OF This (F.O.I.L REQUEST)
SENT OUT MARCH, 17TH, 2026 PLEASE SEE (EXhiBIT-A)
ON NEXT PAGE

Also IM INCluding A (COPY OF A Grieavance) reciept That
I sent To the C.E.O. OF (NASSAU University medical CTR. Hosp.)
"MEGAN RYAN'S"
I WROTE HER A Grievace on December, 2024 Letting -
HER Know, how her [redacted] MEDical STAFF AT N.U.M.C. -
Hospital (NEGlected me From medical Care) and I Told
her how TRAMATIZED I WAS From (RN. NURSE CYNthiA) due to how she
conducted herself AS A (MEDical RN. Nurse) By her -
Being INCohuce with NASSAU County JAIL STAFF on
(OCTOBER, 16TH, 2024), When she Knew The Correctional OFFicers
OF NASSAU County JAIL WAS Beating me up IN the E.R
While I WAS handcuff and Shackled to the Gurney Bed
to where they bashed me IN the head With handcuffs
Splitting my head And (RN. Nurse) cynthiA Told me She could
not Help me medically

(MS. MEGAN RYANS) DID NOT Respond to my Grieavance:
please see (ExHiBiT B) For A COPY OF the Griewance
Reciept.

LASTLY IM ATTATCHING (2 Schedule Appointments) THAT (I had) or (is having) With The (Audiology) IN The STATE For THE LOST OF my hearing IN my EArs From DEFENDANT-CO. MR BARBARA) Bashing me / STRIKEING IN my EAR With A (Thick Gold MASTER A KEY) on STATE CAMERA - IN the NASSAU COUNTY JAIL ON September, 25th, 2024

The First Time I SAW The Audiology / E.N.T. Speacialist WAS on OCTOBER, 15th, 2024 When I WAS IN NASSAU County - JAiL.

THE 2ND Time I SAW The (Audiology) WAS IN NYS. D.O.C.S AT Auburn correctional FACility on 6/4/25

And The 3rd Time THAT I AM seeing the (Audiology) IS AT (BEDFORD Hills FEMALE CORRECTIONAL FACILITY) ON 5/5/2026 For The LOST OF my hearing

ExHiBiT A

U.S. Postal Service™
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

A. Summers OFFICIAL USE

9589 0710 5270 2636 8627 45

| | |
|---|---|
| Certified Mail Fee $ 5.30 | |
| Extra Services & Fees (check box, add fee as appropriate) | |
| ☑ Return Receipt (hardcopy) $ 4.40 | |
| ☐ Return Receipt (electronic) $ | Postmark Here |
| ☐ Certified Mail Restricted Delivery $ | BEDFORD HILLS, NY 10507 MAR 17 2026 USPS |
| ☐ Adult Signature Required $ | |
| ☐ Adult Signature Restricted Delivery $ | |
| Postage $ 2.34 | |
| Total Postage and Fees $ 12.04 | |

Sent To Nassau Co. Jail, legal Dept
Street and Apt. No., or PO Box No. 100 Carman Ave
City, State, ZIP+4® East Meadow, NY 11554

PS Form 3800, January 2023 PSN 7530-02-000-9047 See Reverse for Instructions

EXHIBIT B

SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

C.E.O MEGAN RYANS
2201 HEMPSTEAD TURNPIKE
EASTMEADOW, NY, 11554
N.U.M.C HOSP

9590 9402 9093 4122 7395 73

2. Article Number (Transfer from service label)

9589 0710 5270 0066 4351 02

PS Form 3811, July 2020 PSN 7530-02-000-9053

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X [signature] ☐ Agent ☐ Addressee

B. Received by (Printed Name)

C. Date of Delivery 3/7/25

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
- ☑ Adult Signature
- ☐ Adult Signature Restricted Delivery
- ☑ Certified Mail®
- ☐ Certified Mail Restricted Delivery
- ☐ Collect on Delivery
- ☐ Collect on Delivery Restricted Delivery
- ☐ Insured Mail
- ☐ Insured Mail Restricted Delivery (over $500)
- ☐ Priority Mail Express®
- ☐ Registered Mail™
- ☐ Registered Mail Restricted Delivery
- ☑ Signature Confirmation™
- ☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

---

SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

TO: DISTRICT ATTORNEY
OFFICE OF Chemung COUNTY
150 LAKE STREET
2ND FLOOR, ELMIRA
NY, 14901

9590 9402 8323 3094 6440 60

2. Article Number (Transfer from service label)

7022 2410 0001 7860 8518

PS Form 3811, July 2020 PSN 7530-02-000-9053

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X ☐ Agent ☐ Addressee

B. Received by (Printed Name)

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
- ☑ Adult Signature
- ☐ Adult Signature Restricted Delivery
- ☑ Certified Mail®
- ☐ Certified Mail Restricted Delivery
- ☑ Collect on Delivery
- ☐ Collect on Delivery Restricted Delivery
- ☐ Insured Mail
- ☐ Insured Mail Restricted Delivery (over $500)
- ☐ Priority Mail Express®
- ☐ Registered Mail™
- ☐ Registered Mail Restricted Delivery
- ☑ Signature Confirmation™
- ☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

NEW YORK STATE | Department of Corrections and Community Supervision

KATHY HOCHUL
Governor

DANIEL F. MARTUSCELLO III
Commissioner

HAD my hearing appointment
For my loss of hearing at Auburn
For the C.O Attacking me on video at
Nassau County Jail September 25, 24

NAME: Summers A DIN# 24B5006 LOC D-3-4

Working on getting hearingaide For my Left ear

PLEASE BE ADIVSED THAT YOU HAVE AN APPOINTMENT SCHEDULED ON 6/4/25

DO NOT REPORT TO WORK/PROGRAMS. THIS IS A MANDATORY CALLOUT.

- [x] **Audiology**
- **Optometry**
- **Podiatry**
- **Ultrasound**
- **Physical Therapy**
- **Prescription Footwear**

Date: MARCH, 5, 2026

Dear FOIA / FOIL Correspondent for NASSAU COUNTY Legal DEPARTMENT / INTERNAL AFFAIRS DEPT

This is to request under **THE FREEDOM OF INFORMATION ACT (5 USC, § 552)** and the Privacy act of 1974 ( 5 USC, § 552a), and **New York Public Officers Law POL § 84-90.**

I am requesting a copy of the following:

SEPTEMBER, 25TH, 2024 Video [redacted] CAMERAS INSTALLED on the D-2-D medical UNIT HALLWAYS FROM 5:30PM Through 6:20PM AT The NASSAU COUNTY JAIL. All RECORDING DAYROOM CAMERAS on the D-2-D medical UNIT WHERE my cell WAS (D-2-D 9 cell) on SEPT, 25TH, 2024 5:30pm through 6:20pm. And OCT, 19TH, 2024 (D-2-D 9 cell CAMERA) INSIDE my cell From 12:40AM through 1:10Am And all CAMERA Video FOOTAGES on D-2-D medical UNIT DAYROOM'S. From AUGUST, 13TH, 2024 - 5:30Am through 7:45 Am. (Log BOOK ENTRYS) OF APRIL SUMMERS on A ONE to ONE WHATCH on The D-2-D medical UNIT From AUG, 7TH, 24 All Through OCT, 22ND, 2024. All Grievance's made by APRIL SUMMERS AT The NASSAU COUNTY JAIL From JULY, 2023 through NOV, 29TH, 2024

The amended act provides that if some parts of a file are exempt from release that a "reasonably segregable" portion shall be provided.

I reserve my right to appeal any such denial of records.

If you determine that some or all of the report is exempt from release, I request advising me as to which specific exemption(s) you believe covers the materials, which you are not disclosing.

As you know, the Amended Act permits you to reduce or waive the fees if it "is in the public interest because furnishing the information can be considered as primarily benefiting to the public."

Kindly inform me of the cost of the records I seek prior to sending them to the address below.

As provided for in the Amended Act, I will expect to receive a reply to this request within ten working days.

Respectfully submitted,

Apl Summers DIN 25G0665

Bedford Hills Correctional Facility
247 Harris Rd., P.O. Box 1000
Bedford Hills, New York 10507

I affirm this 5 day of MARCH, 2026, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in an court of law. (CPLR 2106).

(Signature) Apl Summers

(Print Name) April L Summers

Date: MARCH 5TH, 2026 THURSDAY

Dear FOIA / FOIL Correspondent for NASSAU COUNTY JAIL Legal DEPT / NASSAU COUNTY INTERNAL AFFAIRS UNIT

This is to request under **THE FREEDOM OF INFORMATION ACT (5 USC, § 552)** and the Privacy act of 1974 ( 5 USC, § 552a), and **New York Public Officers Law POL § 84-90.**

I am requesting a copy of the following:

ALL NASSAU COUNTY (INTERNAL AFFAIRS) REPOTS From JULY, 2023 All THROUGH NOVEMBER 29TH, 2024 INVOLVING INMATE APRIL SUMMERS WHO WAS PREVIOUSLY INCARCERATED AT THE NASSAU COUNTY JAIL, I AM SAID THE LEGAL ATTORNEY OF MYSELF THAT HAS FILED A 1983 CIVIL COMPLAINT AGAINST NASSAU COUNTY / COUNTY OF NASSAU, I AM ASKING FOR ALL RECORDS PERTAINING TO ANY (INTERNAL AFFAIRS) REPORTS I MADE IN NASSAU COUNTY JAIL FROM JULY, 2023 THROUGH NOVEMBER 29TH, 2024 THIS INCLUDES ALL PHOTO'S, ALL (VIDEO FOOTAGES) AND ALL HAND HELD CAMCORDERS AND ALL (TAPE RECORDINGS) AND ALL LOG BOOK (ONE TO ONE ENTRYS ON APRIL SUMMERS FROM JULY, 2023 ALL THE WAY THROUGH NOVEMBER 29TH, 24

The amended act provides that if some parts of a file are exempt from release that a "reasonably segregable" portion shall be provided.

I reserve my right to appeal any such denial of records.

If you determine that some or all of the report is exempt from release, I request advising me as to which specific exemption(s) you believe covers the materials, which you are not disclosing.

As you know, the Amended Act permits you to reduce or waive the fees if it "is in the public interest because furnishing the information can be considered as primarily benefiting to the public."

Kindly inform me as to the cost of the records I seek prior to sending them to the address below.

As provided for in the Amended Act, I will expect to receive a reply to this request within ten working days.

Respectfully submitted,

[signature] DIN 25G0665

Bedford Hills Correctional Facility
247 Harris Rd., P.O. Box 1000
Bedford Hills, New York 10507

I affirm this 5 day of MARCH, 2026, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in an court of law (CPLR 2106).

(Signature) [signature]
(Print Name) APRIL SUMMERS

Date: MARCH. 5th, 26

Dear FOIA / FOIL Correspondent for NASSAU COUNTY LEGAL DEPARTMENT / INTERNAL AFFAIRS DEPARTMENT

This is to request under **THE FREEDOM OF INFORMATION ACT (5 USC, § 552)** and the Privacy act of 1974 ( 5 USC, § 552a), and **New York Public Officers Law POL § 84-90.**

I am requesting a copy of the following:

IM ASKing For THE (Internal AFFAIRS) AT NASSAU COUNTY JAIL - For the (TAPE Recording) OF I APRIL TALKing to Them about A Incident THAT occured ON OCT. 16th, 2024 AT NASSAU University medical center hospital

And Im ASKing For The (TAPE Recording) Internal AFFAIRS TOOK From me OF A Incident That occured on November, 2024 That Concerned (Corporal MS. Knight) TALKing about My Genitilia, I Believe This Incident WAS also Filed under A (P.R.E.A COMPLAINT) AGAINST (Grievance Corporal MS. Knight)

The amended act provides that if some parts of a file are exempt from release that a "reasonably segregable" portion shall be provided.

I reserve my right to appeal any such denial of records.

If you determine that some or all of the report is exempt from release, I request advising me as to which specific exemption(s) you believe covers the materials, which you are not disclosing.

As you know, the Amended Act permits you to reduce or waive the fees if it "is in the public interest because furnishing the information can be considered as primarily benefiting to the public."

Kindly inform me of the cost of the records I seek prior to sending them to the address below.

As provided for in the Amended Act, I will expect to receive a reply to this request within ten working days.

Respectfully submitted,

[Signature] DIN 25G0665

Bedford Hills Correctional Facility
247 Harris Rd., P.O. Box 1000
Bedford Hills, New York 10507

I affirm this 5 day of MARCH, 2026, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law. (CPLR 2106).

(Signature) [Signature]

(Print Name) APRIL SUMMERS

NEW FOIL REQUEST to Be ADDed to DISCOVERY PLAN

Date: MAY 16TH, 2026

Dear FOIA / FOIL Correspondent for NASSAU COUNTY JAIL LEGAL DEPT

This is to request under **THE FREEDOM OF INFORMATION ACT (5 USC, § 552)** and the Privacy act of 1974 ( 5 USC, § 552a), and **New York Public Officers Law POL § 84-90.**

I am requesting a copy of the following:

OCTOBER, 19TH, 2024 D-2-D 9 cell CAMERA INSIDE CELL 12:40 AM through 1:15 AM AT the NASSAU COUNTY JAIL medical UNIT

OCTOBER, 19TH, 2024 (D-2-D 9 cell DAYROOM CAMERAS) 12:35 AM through 1:15 AM

OCTOBER, 16TH, 2024 (Hand Held CAMCORDER) OF S.E.R.T TEAM TAKEN ME OUT OF NASSAU UNIVERSITY MEDICAL CTR. HOSP EMERGENCY ROOM AND TAKEN ME BACK TO THE NASSAU CO. JAIL IN A Wheel Chair 6:00PM through 6:50PM OR 5:39PM through 6:40PM

The amended act provides that if some parts of a file are exempt from release that a "reasonably segregable" portion shall be provided.

I reserve my right to appeal any such denial of records.

If you determine that some or all of the report is exempt from release, I request advising me as to which specific exemption(s) you believe covers the materials, which you are not disclosing.

As you know, the Amended Act permits you to reduce or waive the fees if it "is in the public interest because furnishing the information can be considered as primarily benefiting to the public."

Kindly inform me of the cost of the records I seek prior to sending them to the address below.

As provided for in the Amended Act, I will expect to receive a reply to this request within ten working days.

Respectfully submitted,

APRIL L SUMMERS DIN 25G0665

Bedford Hills Correctional Facility
247 H...s Rd., P.O. Box 1000
...ord Hills, New York 10507

I affirm this 15 day of MAY, 2026, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law. (CPLR 2106).

(Signature) [signature]

(Print Name) APRIL SUMMERS

NEW FOIL REQUEST
to Be ADDed to DiScovery
PlAn

Date: MAY, 15TH, 2026

Dear FOIA / FOIL Correspondent for NASSAU COUNTY JAIL LEGAL DEPT

This is to request under **THE FREEDOM OF INFORMATION ACT (5 USC, § 552)** and the Privacy act of 1974 ( 5 USC, § 552a), and **New York Public Officers Law POL § 84-90.**
I am requesting a copy of the following:
(ONE to ONE LOG BOOK ENTRY'S) AT THE NASSAU COUNTY JAIL on APRIL SUMMERS FROM AUGUST, 8TH, 2024 through AUGUST, 14TH, 2024 When plaintiff was housed on D-2-D 9 cell - medical unit on one to one WHATCH

(LOG BOOK) AT THE NASSAU COUNTY JAIL (D-2-D Medical Unit) INSide the corpral office AUGUST, 13TH, 2024 [redacted]
LOG BOOK ENTRYS 5:30AM through 1:00pm

The amended act provides that if some parts of a file are exempt from release that a "reasonably segregable" portion shall be provided.

I reserve my right to appeal any such denial of records.

If you determine that some or all of the report is exempt from release, I request advising me as to which specific exemption(s) you believe covers the materials, which you are not disclosing.

As you know, the Amended Act permits you to reduce or waive the fees if it "is in the public interest because furnishing the information can be considered as primarily benefiting to the public."

Kindly inform me of the cost of the records I seek prior to sending them to the address below.

As provided for in the Amended Act, I will expect to receive a reply to this request within ten [illegible] working days.

Respectfully submitted,

APRIL SUMMERS DIN 25G0665
Bedford Hills Correctional Facility
247 Harris Rd., P.O. Box 1000
Bedford Hills, New York 10507

I affirm this 15 day of MAY, 2026, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law. (CPLR 2106).

(Signature) [signature]
(Print Name) APRIL SUMMERS

Bedford Hills Correctional Facility
247 Harris Road P.O. BOX 1000
Bedford Hills, N.Y. 10507-2499

APRIL SUMMERS DIN#25G0665








PDC
MAY 18 2026
WESTCHESTER AVE

RECEIVED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ MAY 22 2026 ★
LONG ISLAND OFFICE

LEGAL
MAIL

TO: UNITED STATES FEDERAL
EASTERN DISTRICT COURTS
PRO SE OFFICE
100 FEDERAL PLAZA
P.O. BOX 9014
Central Islip, NY, 11722

Printed On Recycled Paper

026

STAGE $000.00[0]

ZIP 10507
041M11272300