UNITED STATES
EASTERN FEDERAL COURTHOUSE
CENTRAL ISLIP

1-31 pages

RECD IN PRO SE OFFICE
JUL 29 '26 AM11:28

CASE# 2:25-CV-04039-GRB-JMW

RE: NARRATIVE STATEMENT

Summers VS NASSAU COUNTY ET. AL

RECEIVED
JUL 29 2026
EDNY PRO SE OFFICE

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JUL 29 2026 ★
LONG ISLAND OFFICE

History

AT NASSAU COUNTY JAIL (E-1-F UNIT) ON AUGUST, 6TH, 2024 I WAS Severly GANG ASSAUILTED IN my cell by 10 correctional OFFicer's, to where I was handcuff behind my back And The officer's AT NASSAU county was TAkeing Turn's on me punching me IN the Face / head Telling me to STOP Resisting I was Thrown to the wall and Thrown to the bedFrame, I was Then Bash IN my Right Eye with handcuffs by a NASSAU county [redacted] correctional officer Then thrown to the Floor with still handcuff From behind. And a officer came Into my cell and Said THATS Enough" STOP Beating her! (Corpral Buyakski) Shouted out ITS NOT A "HER" And he Kick me In the Ribs while I was laying on the Floor IN handcuffs. I was sodomized by The only black officer IN my cell And he shoved A unknown object IN my RECTUM! This was Done to me by the NASSAU County correctional officer's because They didn't want to - Follow The NEW LAW IN NYS / NYS H.A.I.T ACT LAW [redacted] Whitch Forbids Inmate's to be lock IN There cells all Day. Because I was Transgender The Corpral didn't want to see me out of my cell on AUG. 6TH, 24 So he came Into my cell And ATTACK me because I Told him I was suicidal. Every officer That was Involve IN This GANG-ASSAUIT Took off of workers medical compensation to make me look like the Aggressor And to make Them Look good. I was sent back to The medical unit on AUGUST. 7TH, 24 Where (DEFENDANT CO. Me PUGliese) WORK AT

2-31

Now That I was on the (medical unit) D-2-D I was on ONE-ONE whatch Everyday to where A officer sat infront of my cell everyDay all Day — to where They had to Document Everything about me In this ONE to one Logbook! I was placed Into the (medical InFirmary) because Nassau County Internal Affairs had placed/Installed CAMERAS IN the DayRoom where my cell was to Keep me safe. I was placed Into this medical InFirmary unit D-2-D on July, 4th, 2023 And was sent to General population E.I.F July, 29th, 24 to where my Time — In General population was short Livid Due to the ATTACK by the CO's on August, 6th, 24.

AS I was In this INFirmary unit From July, 4th, 2023 - July, 29th, 2024 me and (DEFendant CO. MR. PUGliESE) DID NOT get Along, Even a witness — [redacted] (L.P.N. Chica) Whatched him throwing my BreakFAST TRAY on the Floor on JANUARY, 1ST, 2024 New years mourning 5:30Am-6:30Am AND (CO. PUGliese) Kick my Food with his Dirty boots to where my Food went Flying ACROSS my Room And he said "HAPPY NEW YEARS" and he closed my DOOR! my one-to-one officer was shocked and L.P.N. MR. Chica had to get me another BreakFAST TRAY because of what (CO. MR. PUGliese) DID to my Food! (SGT. MS. GAViGAN) who is Now (LT. Gavigan) had told (co. mr PUGliese) That he can't do that to INMATES Food! Co. mr. puGliese had Ill Will Towards me For whatever Reasoning's BUT never was we Ever Phyisical! (Co. MR PUGliese) was IncrediAbly INTIMADATING he was 6 Foot 6 Inches and 300 pounds muscular!

So Now That I'm BACK on The (medical INFirmary unit) AUGUST, 7th, 24 I Knew IT was only A matter of Time until I see DEFendant Co. mr. PUGlies

ON AUGUST, 13TH, 2024 AT 5:30AM-6:30AM I woke up For BreakFAST And I SAW (CO. MR. PEREZ) SiTTing InFront OF my cell as my one to one OFFicer. I Told (CO. PEREZ) Goodmorning. There was 6 REcording CAmera's In This DAyRoom, Including one viewing my cell door D-2-D-9 cell.

AT The Above Timeing (CO. MR. PUGliese) came Into the DAyRoom where I WAS And He had my BreakFAST In his hand. AS (CO. MR. PUGliese) opened my Food SloT on my door I Told him to get AWAY From me, I was already TRAMATIZEd WhAT hAPPEN to me on AUGUST, 6TH, 2024 And Also TRAUMATIZED by (CO. PUGliese) From HIM throwing my Food on the Floor JANUARY, 2024. So I Told (CO. MR. PUGliese) to get AWAY From me, (CO. MR. PUGliese) Told me with A NASTY ATTITUDE "Are you going to EAT or NOT"? I ASK my one to one-OFFicer (DEFENDANT CO. PEREZ) can he give ME my Food? AS (CO. MR. PEREZ) GOT up OUT his seat (CO. MR. [redacted] PUGliese) Told (CO. MR. PEREZ) No! IT was clear to me That (CO. MR. PUGliese) Knew what happen to me ~~In~~ August, 6TH, 24 That Brought me back to The medical unit. AS (CO. PUGliese) PUTS The Food ON the door/-FEED up Slot, I push The Food OFF The SloT And the Food went all over The Floor. (CO. MR. PUGliese) WAlk AWAY With his CollEAuge and (DEFENDANT CO. MR. PEREZ) SAid "CMON" SUMMERS your MAKEing my JOB Harder Then IT has to Be!

(CO. MR. PEREZ) got up out of his chair And Closed my Feed up SloT on my door!

(CO. MR. PEREZ) Then WROTE In the (ONE to-one Logbook) on me That I Summers - "recieved A BreakFAST TRAY And push The Food OFF The Feed up SloT without Furthur-Incident"

~~Tha~~ When my Food was placed on the FEED-up SloT, The recording cameras viewed all Motions / Movement at my cell and The (recording cameras) That was In the DAyRoom with me was also connected to (T.V. MONITERS) INSide the "corpral OFFice" to where The corprals Who would work the (medical Infirmary) could Always have View of what was occuring In the DAyRoom where I was!

(DEFENDANT MR. CORPRAL REGEIRO) who was working That morning AUGUST, 13TH 24 STAY IN the OFFice and never came to respond to Any Issue That occured IFront OF my cell That morning

4-31

ON APPROX AUGUST, 21ST, 2024 I recieved A (MisbehAVioR REPORT) For (ASSAULT ON STAFF) From "AUGUST, 13TH, 2024" OF (CO. MR. PUGliese) Lying STATing While I WAS Recieving my (BreakFAST TRAY) From him he Claimed I grabbed his Wrist / hand And he Said I Twisted his hand / Sprung his Hand! I WAS Astonished And Shock what I was reading. I Told (Corpral KEILLR) who was doing the hearing That I didnT ASSAULT NO OFFICER, Corpral KEILLAR WAS Laughing Saying remarks That WAS not ProFessional That I dont Recall and he Found me guilty of (ASSAULT on STAFF). IT WAS Clear he violated my Due process do to he denied me Video Footage From That Day And he was so Quick to Find me guilty with NO Evildience of Showing I ASSAULTed Anyone!

I IMMEadiATLY called The (NASSAU COUNTY District Attorney Bureau of corruption HOT LINE) And I reported to the "ANSWERING MACHINE" That (Co. mR. PUGliese) was Trying to Frame me with A FAulse misbehavior REPORT OF ASSAULTing him! So he could get (medical workers compensation). IT WAS Clear to me That Co. mR. PUGliese Knew That his colleagues on AUGUST, 6TH, 24 took off on Faulse medical workers-compensation So he wanted to use me As a way to TAKE OFF of Work For the summer!

on Approx AUGUST, 21ST, 2024 - AUGUST, 30TH, 2024 I SPOKE to NASSAU COUNTY Internal - AFFAIRS INVESTIGATOR MR. PIERCE and I Told him on (TAPE RECording) THAT I WANTED to Press-charges on (CO. MR. PUGliese) For (DEFAMATION OF CHARACTER) and Discrimination Due to he lied on me and SAid I ASSAULTed him on AUGUST, 13TH, 24! The INVESTIGATOR Told me why do you WANT to press charges on CO. MR. PUGliese? <u>We KNOW you didnT DO IT and ITS NOT liKE your getting outside Charges</u>! I Told The INVESTIGATOR THATS NOT The POINT I Told The INVESTIGATOR That ITS The PRINCAPAL and correctional OFFICERS CAN NOT PUT "FAULSE ASSAULTS" on INMATES JUST to get WORKERS Compensation, The INVESTIGATOR SAid FAIR.

ON AUGUST, 18TH, 2024 - AUGUST, 26TH, 2024 (CO. MR. PEREZ) WAS MY ONE TO ONE OFFICER WHATCHING ME OVERNIGHT 11:00PM - 7:00AM. I WOKE UP AT 3:00AM TO SEE HIM SLEEPING INFRONT OF MY CELL HE WOKE UP AS I LOOK AT HIM AND I TOLD HIM YOU KNOW - THAT (CO MR. PUGLIESE) LIED AND WROTE I ASSAULTED HIM AUG. 13. 24 TO [redacted] - WHERE (CORPRAL MR. REGENIO) BACK UP HIS LIE AND SAID I ASSAULTED HIM TO? (CO. MR. PEREZ) EXPRESSION ON HIS FACE WAS SHOCKED AND HE SAID "WHY WOULD THEY LIE AND DO THIS TO ME? I WAS YOUR ONE-TO-ONE THAT MORNING AND I WROTE THE TRUTH INTO THE ONE TO-ONE LOGBOOK STATEING THERE WAS NO FURTHUR INCICLIENT AFTER YOU PUSH THE FOOD OFF THE FEED UP SLOT! (CO. MR. PEREZ) TOLD ME THEY COULD OF ATLEAST PREP ME THAT THEY WERE GOING TO DO THIS! (CO. MR. PEREZ) TOLD ME IM NOT GOING DOWN FOR THIS SUMMERS, HE TOLD ME IF ANY AUTHORITY FIGURES ASK ME WHAT HAPPENED HE SAID HE WAS GOING TO TELL THE TRUTH, WHICH UNFORTUNATELY WAS NOT TRUE BECAUSE THE (A.D.A OF NASSAU COUNTY BUREAU OF PUBLIC OF CORRUPTION) SHUSH (CO. MR. PEREZ) TO NOT TELL ON (CO. MR. PUGLIESE).

ON AUGUST, 28TH, 2024 - AUGUST, 30TH, 2024 I WENT TO MENIOLA FOR FELONY CRIMINAL - COURT MY (JUDGE WAS MS. MERYL BERKOWITZ) AND I TOLD HER ON THE RECORD - HOW THE NASSAU COUNTY CORRECTIONAL OFFICERS B GANG ASSAULTED ME AUGUST, 6TH, 24 AND I TOLD HER THE OFFICERS AT THE JAIL ARE LYING ON ME [redacted] SAYING IM ASSAULTENG THEM WHEN IM NOT! I TOLD MY JUDGE THAT I HIRED [redacted] A CIVIL ATTORNEY - NAMED (SANFORD RUBENSTEIN) WHO IS REPERSENTING ME AS MY CIVIL ATTORNEY AGAISNT - NASSAU COUNTY DUE TO WHAT HAPPEN TO ME AUGUST. 6TH, 24. I TOLD MS JUDGE BERKOWITZ THAT I FEARED FOR MY SAFETY AT THE NASSAU COUNTY JAIL AND I TOLD HER THAT I FEAR THERE GOING TO BEAT ME UP AGAIN!

HON JUDGE MS. BERKOWITZ TOLD ME SHE WAS SORRY WHAT WAS HAPPENING TO ME AT THE NASSAU COUNTY JAIL BUT SHE SAID NOW THAT I REPORTED EVERYTHING ON THE RECORD MY NOW CIVIL ATTORNEY COULD GET EVERYTHING OFF TODAY MINUTES!

6-31

ON AUGUST, 21 ST [redacted] - AUGUST, 30TH, 24 I Filed A grievance writing how (CO. MR. PUGLISE) Filed FAULSE ClAims AGAISN'T me STATEING I ASSAULTED him.

on SEPTEMBER, 2024 - OCTOBER, 2024 (CO. MR. MYERS) my one to one OFFICER Told me I Know you didn'T ASSAULT (CO. MR. PUGLIESE)! CO. MR. MYERS Told me to Tell my LAWYER THAT (CO. MR. PUGLIESE) WAS Telling his GirlFriend (CO. MS. CUPPARD) who Also works The (medical INFirmary) With him to TAKE OFF "WORKERS COMPENSATION" Like he did - So They could have The summer OFF together! sure enough (CO. MS. CUPPURD) took OFF Workers medical compensation BETWEEN SEPTEMBER, 2024 - OCTOBER, 2024!. The reasoning (CO. MR. MYERS) Told me This was because he was 70 yrs old And he was Tired Being Treated horribly Because The (NASSAU COUNTY Correctional OFFICERS) WANTED him to retire And he Told me how his Friend (Corpral MR DeLORENZO) was Force to ReTire - due to the CO'S AT NASSAU county didn'T Like That he was 70 yrs old makeing - $400,000 A year having 40 yrs on the JOB. [redacted]

ON SEPTEMBER, 9TH, 2024 CAMERA'S was being INSTAlled all OVER NASSAU County JAIL and all OVER The (medical INFirmary) D-2-D. AND IN all The INMATE'S cells on D-2-D, Including my cell. A OFFICER Who was working the D-2-D UNIT STATED INFRONT OF me "I guess There's No more beating up INMATES"! I IMMEADIATLY Grieave The OFFICER For this And IT was Filed!

on SEPTEMBER, 24 or 25th, 24 I was called For a ATTORNEY VISIT AT 5:00pm - AS I WAS ESCORTED From The medical unit to the VISITING FLOOR my visit LASTED UNTIL 5:48 pm. I was Escorted BACK to the medical unit D-2-D with my ONE to-ONE (OFFICER MR SAINT LOUIS) AS I got to the DAYROOM where my cell was I was Told by the OFFICER'S That I could STAY IN the DAYROOM For 3 hours For my RECreational Time. AS my one to one (OFFICER [redacted] MR SAINT LOUIS) whatch me From The HALLWAY IN D-2-D I was walking Around the DAYROOM. AT APPROX 5:50pm - 6:10pm I had PlACE my LEFT EAR / head AGAISN'T -

THE DAYROOM Flemsy DOOR-WINDOW AND AS I WAS "LISTENING" to the correctional OFFICER TAIK AS (DEFENDANT CO. MR. BARBORA) WAS doing his Rounds on the D-2-D UNIT; he SAW my EAR Leaned on the Flemsy NOT Solid window And he Took out his - Thick Gold MASTER A KEY And he "bash [redacted] my LEFT EAR [redacted]. [redacted] I IMMEDIATELY Covered my LEFT ear Screaming and crying (CO. MR. BARBORA) WAS WALKING down the hallway Laughing SAYING HA. HA. HA...... you NOSY Bitch! my one to one (SAINT Louis) WAS Shocked And his mouth WAS AJAR! HOT LIQUIDS WAS STREAMING OUT OF my LEFT EAR I WAS Screaming and crying! L.P.N. MS JANUZ CAME OUT The nurses - STATION and She Screamed AT (CO. MR. BARBORA) And She SAID WHAT did you FUCKING Do to her BARBORA?! (CO. MR. STEELE) CAME and open the DAYROOM DOOR where I WAS to LET [redacted] (L.P.N MS JANUZ) IN. AS She CAME INTO the Room with me She ASK me WHAT happened?! I Told her (CO. BARBORA) purposely BASH me IN the EAR while my EAR WAS on the (door window) to where A Extreme Shock BUSTED my EARDRUM! L.P.N. MS JANUZ PUT COTTON IN my LEFT EAR And She Told me IM Tired OF BARBARA ShiT! Always coming up here to Bother you calling you a Bitch, FAT HOE ETC. She continued to tell me he is up here to do meal relief And THAS IT. She Told me I deserve every penny From NASSAU COUNTY From WHAT They Are doing to me. (L.P.N. MS. JANUZ) Told me She had to get - The DOCTOR! AS I WAITED For her and the DOCTOR to come back I couldn't hear out my LEFT EAR and I WAS IN PAIN. AS I WENT to the Flemsy door window I SAW A "Extreme GASH" IN The WINDOW From (CO. MR. BARBORA) Extreme - Blow to the WINDOW! I Told my (one to one) CO SAINT LOUIS That he SAW WHAT - CO. MR. BARBORA DID to me. (CO. MR. SAINT LOUIS) Told me THAT I dont need him For a WITNESS THAT I have all These "NEW INSTALLED CAMERAS" - Everywhere IN the HAllWAY and IN the DAYROOM where I WAS.

(L.P.N. MS JANUZ) CAME back With A (R.N. Nurse) and The R.N. Nurse Look Into my EAR with a microscope and She Told me She could not -

SEE In my EAr due to The (BuilT up earwax IN my EAr And liQuids).
I was given PAIN medication And I was Told by The R.N. Nuse That (DR. MS. Henig) Will SEE ME Tommorow morning SEPTEMBER, 25TH, 24 or September 26TH, 2024

AS (CO. mR. BARBARA) WAS SiTTing AT The DESK HE LOOK AT me AS I WAS IN THE DAYROOM And HE Told me "Your NOT BETTER Than me"

That morning September 26TH, 2024 AT 8:45AM Dr. MS Henig CAme to my Cell door D-2-D Cell 9 And She had (CO. mR. STeele) open my cell door. AS I CAme out my cell She ASK me what happened? I Told her what (CO. mR. BarBarA) did to me the DAY Before! DR. MS. Henig went to get her A microscope and She Look In my EAr and Told me She couldn'T see In my Ear do to the BuilT-UP Ear wax! She Told me She was going to highee my dosage of PAIN medication And She Told me She was going to put me ON (EAr WAX DROPS remover) so She could re-check Into my LEFT Ears on monDAY september, 29TH, 24. The evening of SEPTEMBER, 26TH, 2024 Friday I PUT IN A 4 PAGE CArBon copied medicaL-SickCall Slip reporting OF PAIN and Loss of hearing IN my LEFT Ear L.P.N Chica Signed The SickCall Slip and IT WENT Into my medical Records.

September, 27TH, 24 and SepTemBER, 28TH, 2024 SUNDAY I PUT In several-other SickCall Slips concerning the PAIN IN my LeFT EAr That was causing me NOT to sleep!

on september, 29TH, 2024 monDAY (DR. MS. HENIG) CAme to my cell AT 8:45AM - 9:45AM AND She ASK me how was my hearing? I Told her That I was IN Severe PAIN and I Told her I could not hear STill out of my LeFT EAr.

DR. HENIG had my cell door opened And she Look AT my LeFT ear with The microscope AND she Told me She STill couldn't see Into my LeFT ear due - to the EARwAX IN my LeFT EAR. So she Told me She was going to Flush my EAR! AT 10:00AM I WENT Into A small TRIAGE Room on the D-2-D medical unit And (DR. MS. HENIG) Flush my EAR out to clear out the EARwAX! AS Dr. Henig RE-look IN my EAR She said IS The officer who did this to you here on The unit Right Now? I said What?.... NO! AND why? Dr. HENIG Tells me my LeFT EAr is ExTemely swollen / INFlAmed. Dr. HENIG Then Tries to cover up (CO. MR. BARBORA) ASSAULT ON me And she Tells me she can't say THAT This came From (CO. MR BARBARA) Because I had "COVID" IN July, 2024 I Told (DR HENIG) That This has nothing to do With COVID! I Told her She is JUST Trying to cover up For what (CO. MR. BARBORA) did to me on - September, 25TH, 24. I Told DR. HENIG That I NEED to see A (E.N.T. Specialist) DOCTOR HENIG Told me she was going to play E.N.T And prescibe me higher dosage OF PAIN meds and (PAIN EARDROPS). I Told DR HENIG That I couldn't hear OUT OF my LEFT EAR And she did nothing.

I grieved (CO. MR. BARBORA) For what he did to me on Sept. 25TH, 24 And I SPOKE To the (NASSAU COUNTY INTernal AFFAIRS) sometime IN September 2024 or sometime IN OCTOBER 2024. AS I SAW The (NASSAU COUNTY INTernal AFFAIRS Investigaters IN the DAYROOM where my cell was on the medical unit They (TAPE Recorded) my STATEMENT OF what happen to me September, 25TH, 24 And they TOOK pictures - of my LeFT ear and They TOOK pictures OF The (huge INDENT) on the DAYROOM - DOOR window where (CO. MR. BARBORA) LEFT A DEEP IMPRINT OF The KEY GASH - When he TArgeted my LEFT EAR. From SEPTEMBER, 29TH, 2024 Through - OCTOBER, 5TH, 2024 I PUT IN medical Sick call Slips REQUESTING to Be SENT OUT To the (E.N.T. Specialist) due to I couldn'T hear OUT my LEFT EAR. I also called The NASSAU COUNTY PUBLIC OF CORRUPTION HOTLINE And reported CO. BARBORA. ON "OCTOBER, 6TH, 2024" →

I recieved A ViSiT AT THE NASSAU County JAiL From THE (NASSAU COUNTY A.D.A OF PUBLIC OF CORRUPTION) - AND her DeTecTiVE. AS I CAme to the ViSiTing Room to SEE my (Criminal) LAWYER MR JEFF [redacted] GrodER and The - A.D.A OF NASSAU COUNTY MS. Christine I Believe her name WAS And her DeTecTiVE, They all INTRoduce themselves to me and there TiTles. AS THE A.D.A ASK me WhAT INFormation DO I have For Them I Told The A.D.A. how severly I WAS GanG ASSAUITed [redacted] by 10 correction OFFiceRS on AugusT, 6TH, 2024 AT The JAiL. I Told her I have witnesses, medical INJURY REPORTS ETC to BACK UP - This Incidient, she responded and SAid unfortunately There WAS NO - CAMERAS IN the SATALITE UNIT where you ClAimed you WAS ASSAUlTed. by her Response IT did not SiT Right with me, IT seemed AS iF She WAS Trying to cover UP [redacted] WhAT happen to me Aug, 6TH, 24. So I continued to Tell her ThAT She WAS right ThAT There WAS no - CAMERAS, BUT I Told her my medical Records is proof and my witnesses are proof. NOT AT AnyTime WAS There a recording - TAPE or NOR WAS her DeTecTiVE WriTTiNg Down Nothing I WAS Saying. By observing all OF This I Knew These people weren'T There to help me.

I continue to Tell her NASSAU COUNTY JAiL IS CorrupT and iT has always Been corrupT With corrupT correctional OFFiceRS. I Told her IN 2010 when I WAS 23 years old I WAS AT The NASSAU COUNTY JAiL For a misdermeanor 6 months bid to DO

I continued to Tell The A.D.A. OF Public of corruption That (SGT. SCOTT Sherman) A Nassau county Sgt Beat me while I was handcuff And Shackled And Then he had his colleagus - Punch him In the FACE several Times and he lied And [redacted] He Said I Assaulted him By me headbutting him whitch got me sent upstate For A 1/3, But I Told Them That "Scott Sherman" was Arrested right AFTER I copp out to (Assault on A officer) 2011 - November Because he Tried to <u>Kill his Family</u> and he had a 8 hours standoff with The port washinton Nassau county police!

THE A.D.A. OF public of corruption started screaming and yelling at me Telling me she dont want to hear nothing about Scott Sherman! IT was clear That she knew all about Sherman! As I was tooken back by the A.D.A outburst I went quiet! her Detective Told her to relax and calm down. As I continued to Tell The (A.D.A OF public of corruption) about (CO. MR. Pugliese) Abuse Towards me on "August, 13th, 2024" I Told her (CO. MR. Perez) was my witness and Hes willing and before I could Finish my [redacted] SENTENCE The A.D.A. OF - Public of coruption Screams At me Again Like a crazy Lady And She Tells me she doesn't want to hear Nothing about (CO. MR. PEREZ). IT was clear This women and her Detective was not There to help me. I Now started to Talk back To this A.D.A Lady and I Told her you Are corrupt to And I Told her I see exackly whats going on!

I Told her No-disrespect But you all work For NASSAU county-
Including The [redacted] DETECTIVE And my Appointed STATE ATTorney
I Told them all That all 3 of you Know That my CiViL ATTorney
is SUEing NASSAU County For What happen to me Aug. 6th, 24
I Told the A.D.A That She and her DeTectivE Will not help me
Pursue [redacted] criminal Charge's AGaisn't These CO'S because
They Are NASSAU county workers And YAL work For NASSAU County too.
THE A.D.A LADY STARTED Screaming YElling AT me to where
her DeTecTIVE Told her to Lower her Tone. Then The male Detective
Tried to Play good cop with me and he Told me he is not
AFRAid to ArrEST A POliCE OFFiceR or a correction OFFiceR he Told
me he has done iT Before In his 15 year career But he said
Sometime's police OFFICERS or correction OFFICERS get away with corrupt-
Things due to There is no (video evidience) or A Lack of evidience!
I Told the [redacted] DeTectiVE That There was no Lack of evidience
In my case's, I Told the DeTectiVE IF YAL wont do your -
JOBS my Civil Attorney will! THE A.D.A. LADY Responded -
SARCASTically And Told me he should do his JOB For you your -
Paying him. AS I continued to Tell Them about The
SEPTEMBER, 25th, 2024 INcidient with (DeFendant co. Barbera)
The A.D.A LADY Brush me off and said "OH wow" [redacted] Here
Comes The Door/EAr Incidient AS IF IT was not Important
I was Being rush AT This moment NOT really able to Tell them
What happen to me [redacted] SEPTEMBER, 25th, 24 and her -

DETECTIVE LIED IN my FACE and Told me I LEFT him with alot OF work to do BUT I Knew he was JUST Telling me anything DO to he didnT TAKE no NOTES Nor was There any (TAPE Recording) AT This meeting. I Told them I wanted to press charges and my (criminal LAWYER) - [redacted] JEFF Groder Tells me I can't JUST press charges - on Somebody IN JAIL, he Tells me IT has to Be INVESTIGATED FIRST - he Tells me I dont have the SAME prillveledge/rights to Press charges on someone as iF I WAS a Civillian IN Society. AS They all left I WENT BACK to the MEDical unIT D-2-D And (CO. MR. STeele) ASK me how did the meeting go? I Told him NOT good, They Are NOT on my SidE They WERE For NASSAU County protection. I ASK (Co. mR. STeele) IF he could check The "Logbook" IN The (D-2-D-Corpral OFFICE) to see IF (corpral Regirio) - (CoSigned) And LiED IN The Logbook IN the OFFice and STATEd I ASSAULTed (CO. PUGliese) on AUGUST. 13TH, 24. when (CO. MR. STeelE) LEFT to check The Logbook IN the OFFice he came back And Told me "YEAH" They WroTE you ASSAULTed (CO. PUGliese) IN The Logbook! I Told (Co. STeele) THATS PERJURY And Fraudery do to (Co. MR. perez) Wrote the Truth IN the ONE to one LogBOOK on me on Aug. 13TH, 24 BUT (CO. puGliese) and (corpral REgirio) Forge's The Logbook In the "Corpral OFFice" on The medical unIT. (Co. mR. STeele) shakes his head back IN Forth and he Tells me atLeast you have That CiviL ATTorney on your side.

ON OCTOBER, 15TH, 2024 (Liutenont Mr. Ravency) comes to
my cell on The D-2-D unit And he Tells me Im going
out to [redacted] A outside medical Trip to SEE A outside
Specialist/E.N.T to check out my EAR! AT 1:00pm I was -
Transported by 2 Nassau County correctional officers And Taken
to SEE the (E.N.T Specialist) whitch was on The Same grounds
AS (Nassau university medical CENTER Hospital) AS I was being
Exam by the [redacted] (E.N.T Specialist) I Told him what happen to
me AT Nassau County JAIL on September, 25TH, [redacted] 2024. AS
This older Gentlemen Look Into my EAR he Tells me yang -
Lady you have some Issue's with your (Left Ear) he said Its
"Swollen and highly Infiamed" he Told me he was going to start me
on "Antibiotics" and (pain steriod Ear drops) to relieve the pain)
I started to get Light headed And I pass out Infront of
The E.N.T Specialist! I woke up AT Nassau university -
medical CENTER Hospial Emergency Room!
[redacted] I Told The Triage nurse That I was Bleeding From
my Butt For almost A month or 2, I Told The nurse That
I was [redacted] Bash In the head with a Gold Key on Sept. 25, 24
to where IM AT Loss of hearing And I Told The nurse That
I pass out AT The (E.N.T Specialist) Today.
I was admitted to the E.R. And I was Sent to [redacted] Room
195 whitch was right Infront of The nurses and Doctors -
Station! The nurses Took my blood and started me
on A I.V Due to They Told me I had A Infection -

IN my Blood and they Told me I was highly Dehydrated. The Docter Also ordered For a CATSCAN OF my head due to (Defendant CO. BARBARA) Bashing me In the head With A KEY 9-25-24! The whole Time I was AT The Hospital I was handcuff to the Bed And Both OF my Feet was Shackled! AT 9:00pm I was Told I was being ADMITTED to the Hospital. I Slept IN the E.R Due to there was no AVAIAble beds on the ADmitting Floor. The whole DAY/Evening AT N.U.M.C Hospital WENT swell there was NO ISSUE with STAFF/or correctional OFFicers. I Slept with handcuff on to the Bed with Shakles on, while 3 NASSAU county correctional OFFicers STAYed outside my Room whitch had A (recording CAMERA) Above my door on the ceILing!

The Next Day OCTOBER, 16th, 2024 wendesDAY AT 7:00Am The midnight correction OFFicers was being relieved by 3 other NASSAU county OFFicers. I was Familuar with all 3 From the county JAiL IT was (Co. mR. LAMAGE) (CO. mR. ROSA) and (Co mR. NYGEN) I Knew IT was going to be a good DAY Because I had A good Repot With These 2 OFFicers. (Co. mR. LAMAGE) Braught ME IN BreakFAST and I ATe my Food without Any INCidienT! AT 9:00Am The NASSAU county S.E.R.T correctional OFFicers CAme to

RElieVE 3 OF The REGUlar NASSAU county CO's! This was weird because The S.E.R.T NASSAU County OFFicers - are TRAiNed correctional OFFicers to respond to Emergency Issue's When A INMATE Doe's Threathening Thing's that Becomes A SAFETY ISSUE to the FACILITY To where The S.E.R.T TEAM has to be hands on! I WAS DEFINIENTLY uncomFurtable with This because I was "BEATEN and gang ASSAUlted" by (CorprAL MR BUYALECKI) [redacted] on Aug, 6th, 24 - Who is also A (S.E.R.T. CorpRAL). (CO. ROSA) came Into The Room with me and he Explain to me he was upset due to There was No-Reason That The (S.E.R.T CO's) was There to relieve them he Told me The S.E.R.T OFFicers was TAKEing his overTime AT the hospital and he Told me they WERE TAlKing TRASh to him. The 2 S.E.R.T OFFicers Check on me And They INTRODUCE Themselves to me while I was handcuFF to the Gurney Bed. They Then LeFT and STAYed INFront of my Room. AT Approx 9:00AM - 9:45AM (DEFENdANT RN. Cynthia) comes Into the Room with me and She greets me and Tell's me She's my (R.N. NURSE) Today She Changed my (I.V) And Took my Blood! AS [redacted] ME and her was TAlKing She Told me she was married to A (BlACK Carrbiean MAN) For 15 years She [redacted] told me She met him IN the Bronx And they LiVE on Long ISLand AT Northport IN SUFFUlK County! BECAUSE She was so ComFortable Telling me about her I Told her WhAT the -

NASSAU COUNTY OFFICERS has Done to me. (RN. NURSE CYNTHIA) Said That is Horrible What They DID to you, I Told her ITS OK I hired A CIVIL ATTorney NAmed (SANFORD RubensTEIN) — who Filed a claim on my behalF on SepTemBer, 11, 24. (RN. NURSE CYNTHIA) "SAYS OH my GOD" I Know Who he is hes MY ERA, hes MY ERA.

AT 10:00 AM The medical DOCTORS CAme Into my Room and made ME N.P.O (Nothing to EAT). AT 1:00pm I WAS TAKEN For — CAT SCAN OF my head! AT 2:00pm Shift change and (DEFendANT S.E.R.T Corpral) STEK TOOK OVER For one of the S.E.R.T OFFicers. I ask (DEFendANT S.E.R.T Corpral STEK) IF I could pee? he gave me a ATTITUde and told me to WAIT 10-15 minute's LATER he un handcuffs me From the bed And I WAIK right ACROSS to the BAthroom with ShAKles on my FeeT AS I geT Into the BAthRoom (Corpral STEK) Is holding the DOOR wide open to where CiVILIAN'S Are WAIKing by the BAthRoom every 2 seconds, I Try to Close the DOOR BUT (Corpral STEK) has his body INFRONT OF the door preventing me From ClosEing the door (S.E.R.T LT. FReeze) ASK me WHATS going on APRIL? I Told LT. Freeze That (Corpral STEK) is Trying to humiliATE me by hAVing the Door Fully open on me while I pee. LT. Freeze Tells (Corpral STEK) TO CRACK the door! AS I CAme out the BAthroom I WAS CUFF BACK to the Bed!

AT 3:30pm (RN. NURSE CYNTHIA) CAME IN my Room to check up on me. I Told her I was hungry and I wanted to eat! I Told her The (DOCTOR RESIDIENTS) SAid I could eat. (RN. Nurse Cynthia) Said That might Be True That They said That But They are only-Residients. (RN. NURSE cynthia) Told me I CANT eat Because There might Be (Blood IN my STOMACH). AT 4:05pm Nurse Cynthia CAME BACK And Told me I WAS medically good She Took The (I.V. LiNES) OUT OF me And gave me a Cold Lunch TRAY to EAT. I ask her if IF She can get me some Tuna Sandwitches? She Told me She will see what she could do. A (P.C.A.) — (PATienT CAre ASSiSTANT) NUrse Brought me IN some Sandwitches AT 4:40pm. AT 5:00pm (RN. Cynthia) Brought me In Sandwitches As wel and she Took the (I.V.) OUT OF my Arm and she Told me you are discharged Summers She said All you Are waiting For is the JAIL to TRANSPORT me back. I Told MS. CYNTHIA IF Im STill here AT 6:00pm could I get dinner? She Said SURE. AT 5:18pm I ASK The (P.C.A) IF She could get me dinner? She ASK me iF I was STill N.P.O? I Said NO IM getting Discharged. The (P.C.A) WENT to get me a dinner TRAY. As she came back with The Dinner TRAY She SAT iT on my Desk In my Room and She LEFT. AS I WAS TAKEing out The (PlASTic Fork) whitch I always EAT with (DEFendANT STEK) Comes In my Room with me and he gets nasty With me and tells me "give me That Plastic wear"! I Told him No Leave me alone. (Corpral STEK) charge's AFTER me and he Punches

me In the FACE And head CAUSING my Food to ~~Fler~~ FAll on the - Floor. (Corpral STEK) Continues to punch me SEVRAL Times In the FACE and head to where I STARTED to Try And DEFend my seIF by Trying To protect my FACE And head with my only Free hand. (1) my other hand WAS handcuFF to the Bed. (DEFendANT S.E.R.T SGT Jhon doe) JOINED (S.E.R.T Corpral STEK) by punching me In the FACE and - head. my (one to one OFFICER Jhon Doe) WAS Watching And IN Shock what he WAS seeing of how he SAW These TWO OFFicers WAS punching on A (FEMALE INMATE) The one to one OFFICER STEP BACK to the wall OF NOT WANTING NO-PARTS OF what (Corpral STEK) WAS Doing to me or (S.E.R.T SgT Jhon) DOE. I WAS Screaming, crying SAYING Help..HElp There Beating me up! NoBody AT The nuse's STATION Tried to open the CURTAIN Where my Room WAS SO I STARTED to use my Right Arm/hand And I STARTED to DEFend myseIF and hiT Them BACK I SAW a opening on my window In my Room where The CURTAIN didn'T cover, I SAW A (P.C.A) JUST STANDING Looking AT the CO'S Punch me I Told her Come IN There Beating me up! open the CURTAIN. She walk AWAY. RECording CAmera - OUTSide my ROOM IN THE (E.R. HAllWAY) would of Shown The (P.C.A) WAlKing away. as The 2 OFFicers continued to punch me In the head And IN the FACE I (Nip BIT one of There hand) (Corpral STEK) STARTED to BASH me IN my head with handcuFFS cracking my ~~[scribble]~~ head OPEN. I STARTED Bleeding From my head I Immeadiately Said You "mother FUCKER" I TOOK my Right hand and I Palmed (CO.STEK) FACE And I Scratched (Corpral STEK) FACE OUT-

OF SeIF DeFense. One OF These co's grabed my right-hand And hand cuff IT to the Gurney BED! A Secerity Guard From The hospital And (RN. NURSE Cynthia) opened The CurTAin on my Room And I Told (RN. NURSE Cynthia) They Beat me up And bash me In the [redacted] head with The handcuffs! (RN. Nurse Cynthia) Told me she was outside the curtain the whole Time BUT she SAid Why didnT you JUST give up your (plastic wear)? I Told her I didnT have A chance he JUST through his-self AT me plus I Told her I always eat with my PlASTICWEAR! I Told her I need A DOCTOR due to Im Bleeding out the head And Im severly Dizzy with Bruises and Bumps All over my body. (RN. Cynthia [redacted]) Told me she will see what she could do. 20 correction officers From NASSAU county JAIL came storming Into the Emergency Room. (S.E.R.T LT. MR LEVIN) And (S.E.R.T Corpeal BuyAleckI) who Beat me with handcuffs In my FACE on Aug. 6th, 2024 came Into my Room (LT. LEVin) Told [redacted] (Corpral STEK) (SGT. Jhon DOE) and my (one to one officer) to get out of here "YAL Know WhAT to do"! (Corpral STEK) had A WolVERINE — Scratch on his FACE by me. (RN Cynthia) came back to my Room where LT. LEVin was standing And she told me all your nurse's And The medical Docters who was part of your medical All WENT home For DAY. I Said WhAT-WhAT do you mean? I Told (RN. Nurse Cynthia) to get me a Doctor I Feel as iF Im going to Loose Contious! (RN. Cynthia) Look AT (LT. LEVIN) and She ask him what Does HE WANT HER to do? (LT. LEVIN) SAid I dont-

care. (RN. NURSE Cynthia) said she could RE-TRIAGE me back IN through THE E.R. (LT. LEVIN) Told (RN. NURSE Cynthia) to come with him so They could TALK! I whatch the 2 WALK to the Nurse's STATION And Disapeared so he could Coherse her what to do with my medical care!

I LOOK AT (S.E.R.T Corpral Buyalecki) and I Told him he - WAS NOT suspose to be In This Room with me due to he ATTACK me AUGUST. 6th, 24 to where he is under Investigation.

(Corpral Buyalecki) LiED to me And Told me I dont Know what you are TALKING about! moments LATER (RN. NURSE Cynthia) and (S.E.R.T LT. LEVIN) CAME Into the Room with me and (RN. Nurse Cynthia) Told me "OK" Summers They said you could see JAIL medical - ence you go over to the JAIL. I Told (RN. Nurse Cynthia) That This IS wrong I need medical help now IM IN PAIN and i have A gash IN my head! I Told her please help me!

(RN. NURSE Cynthia) got Aggravated And Told me she doesnt Know what to do! she said "LET A LAWYER handle This".... "LET A LAWYER handle This"! I said what! I could die - And your TALKING about a lawyer! (RN. NURSE Cynthia) WALK AWAY.

AT APPROX 6:05pm - 6:55pm The (S.E.R.T OFFICERS) put me IN A (restraint wheelchair) strapping my Arms down to the handles and they WERE STRAPPING my Legs down and my upper sholders. A (S.E.R.T OFFICER) wheeled me out of (N.U.M.C. Hospital) And Another OFFICER held A handheld - camcorder recording me. I Told the camcorder what

Happen to me at N.U.M.C Hospital And how I was refused medical Attention. Once I got to the Jail I was Force to Change my (orange Jail Jumpsuit) ordered by (LT. Levén) Then I was brought to the medical Area/Infirmary.

As I got up to the Infirmary I Told The R.N. Nurse of The Jail who also name was Cythia That I was Attack by the correctional officers to where They Bash me In the head with handcuffs and now I'm Bleeding out my head The male nurse - Supervisor said you will Be seen by A Doctor Tommow I Told him I'm dizzy and need pain meds! The male nursing - Supervisor Told me your (Nurse L.P.N. Chica) does his Rounds on the (medical unit) At 9:00pm he said you can get pain meds Then. It was clearly 7:00pm and The Nusing - Supervisor was Telling me to wait 2 hours to get pain meds. I still had The (recording camcorder) on me. The (S.E.R.T. officers) went to the medical unit D-2-D 9cell And They Took all my stuff out my cell Including Legal-Work. As I walk over to the (D-2-D unit) my cell was completely Empty. As my cell door was closed I stood - At my cell door seeing my (one to one) officer was (Co. Mr. Steele) I Told him what happen to me at The N.U.M.C Hospital (Co. Steele) shook his head In digust! (Co. Mr. Steele) Told me you know "BuyAlecki" was at The hospital as S.E.R.T? I said I know.

I SAW (L.P.N Chica) IN the hallway WALKing; I screamed OUT his name Chica! he Told me one minuTE Summers.
A couple minuTes LATER 7:10pm - 8:00pm (L.P.N Chica) - comes Into THE DAYROOM where my cell is and where There was 6 Recording cameras Installed. (L.P.N. Chica) ASK me AT my cell door what was going on? I Told him The - CO'S AT NASSAU university medical CTR Hospital Jump me while I was handcuff And shackled to the Bed. I Told (L.P.N Chica) That IM Bleeding out of my head. (L.P.N Chica) Asked (CO. MR. STeele) to open my door so he could Exam me. AS I came out my cell (L.P.N Chica) - Look AT my head And he said What THE Hell IS This Summers? your Bleeding all Through your head. I Told (L.P.N Chica) That This is From (Corporal STEK) and his (SGT Jhon Doe) punching - me IN The FACE And bashing me in the head With handcuffs! L.P.N. Chica Said What? he said did The hospital see you For This Summers? I said "NO" They were IN-cohoots with The JAIL correction Officers. (L.P.N Chica) Shakes his head Side to Side and he says WHY is The hospital Trying to put This on us (JAIL Medical). L.P.N Chica Said continue to sue - NASSAU County APRIL! (L.P.N Chica) Cleaned out the Blood - IN my head AND HE WROTE down 9 INJURies to my BODY Whitch he (medically Documented) For me. (L.P.N Chica) Told me he was going to get (DOCTOR SANCheZ) to Come and SEE ME For my medical INJURies BUT

DOCTOR MR. SANCHEZ NEVER CAME to See me That - Evening. (L.P.N CHICA) wrote me a 4 PAGE SICKcall slip - OF what happen to me AT The hospital And he Filed this IN my medical RECords. I Fell unconcious IN my cell sometime AT Approx 1:20 Am - 3:00AM 10-17-24. AT 5:30AM I ASK (L.P.N Chica) why didn't The DOCTOR MR SANchez come to SEE me? (L.P.N Chica) Told me he Told him to come see - me BUT he didnT come LAST night! (L.P.N. Chica) Told me The DOCTOR will see me This morning AT 9:00AM.

AT 9:45 AM THE (N.P.N CAME to see me IN The DAYROOM AS my cell WAS opened She ASK me what happen? I Told her What the correctional OFFicers Did to me In the Hospital LAST Night to where They split my head open with handcuffs THE N.P.N Look AT her 2 Nurses IN Shock! The N.P.N Told me well ATLeast The hospital STAFF SAW you For this! I Told the N.P.N NO They didnT They refused to help me and The hospital STAFF WAS In-cohuce With JAil STAFF! THE N.P.N SAid "OH WOW" The N.P.N LOOK AT my head AND Told me she is going to put me In For 13 X-RAYS AT The JAiL. She Told me (Dr. MS. HENiG) IS not going to send you BACK to the hospital. AFTER I SAW The N.P.N - I called my Civil ATTorney And Told him what happen to me OCT. 16TH, 24 AT The (N.U.M.C HOSPiTAl) And then I called The (A.D.A. OF PUBLiC OF corruption HOTLINE) AND Told Them what happen to me.

I Then Told The (medicalunit) Corpral That I needed to see NASSAU county Internal AFFAirs.

AT 3:00PM I WAS TAKEN to X-RAY Inside the JAil - AS I WAS WAITing In the medical triage WAITING For the X-RAY TEC, (LT. MR RAVency) WAS In The TRiAGE Room with me I Told him I need to see (NASSAU county Internal AFFAirs) Before my Injuries DissApear (LT. RAVency) Told me NOT to worry - IF Internal AFFAirs DONT see you BEFore your Injuries Disapear he said your (medical Injuries Speaks For ITself on what happen to you YESTurday! LT. RAvency SAid my medical Records IS CRAZY! he Then STArted Laughing. The X-RAY Tec TOOK 13 pictures OF my Body. AS I got bAck to my cell I wrote A Grieavance For what hAppen to me AT n.u.m.c Hospital AND I MAiled It to greavance That night.

on OCToBer, 19TH, 2024 AT 12:30AM I WAS asleep IN my cell - D-2-D-9 cell. AT 12:45Am (CO. MR. Ballard) WOKE me up By - TAPPing on my cell window AS I got up And came to my cell window I SAW (CO. MR. MC. Feely) SiTTING IN the one to one [redacted] Chair whatching me. (CO. MR. Ballard) ASK (CO. MC. Feely) to leave For A minute So he could TAlk to me. AS (MC. Feely) LEFT The DAyRoom (CO. MR. Ballard) ASK me WAS I OK From what the co's did to me AT the Hospital? I Told him NO IM NOT doing good. (CO. MR. Ballard) Told me To LeT my LAWyER Know That The CO'S Are going to KEEP BeaTing [redacted] You up IN BLIND SPOTS

26-31

to make you look LIKE the problem because you Filed A LAWSUIT AGAINST The OFFICERS AT NASSAU COUNTY.
I Told (CO. MR. Ballard) That I already Told my Lawyer on OCTOBER, 17TH, 2024 What They did to me. (CO. MR. Ballard) Told me To WRITE (The NASSAU COUNTY DISTRICT ATTORNEY AGAIN)
I ASKed (CO. MR. Ballard) How does he Know all OF This?
(CO. MR. Ballard) told me C,MON APRIL I Work here. CO. MR. Ballard Told me They Be reading your legal MAIL ASWEL.
For proof OF This CONVERSATION SEE the (Video Footage) - OF the CAMERA THAT WAS IN my cell D-2-D-9 cell and SEE the 5 CAMERAS That WAS In the D-2-D DAYROOM all on OCTOBER, 19TH, 2024 12:40AM - 1:15AM.

on OCTOBER 20TH, 24 - OCTOBER, 24TH, 24 AT 2:30AM I woke up to SEE (CO. MR. PEREZ) SITTING IN the one to one - ChAIR whatching me. I ASK [redacted] CO. MR. PEREZ IF he SpoKE to The (A.D.A OF PUBLIC OF Corruption YET?)
(CO. MR. PEREZ) Told me he can't TAlK about the Investigation
I Told (CO. MR. PEREZ) Why you Changed all OF A SuddEN?
I Told (CO. MR. PEREZ) IT Seems AS The A.D.A OF - public OF corruption has seen you and she "shush" you to TAlK AgAisn't (DEFENDANT CO. MR PUGLIESE). I Told (CO. MR. PEREZ) That I'm going to [redacted] CONTACT THE F.B.I Due to This Investigation That the A.D.A OF PUBLIC OF Corruption WAS SUPOSE to INVESTIGATE concerning (CO. MR. PUGLIESE)

AND other OFFICERS SEEMS AS IF she DID not do her JOB And IT seems she is Trying to shove This under the rug!- By shushing you! (CO. MR. PEREZ) Told me to please NOT to INVOLVE him With The (F.B.I) (CO. MR. Perez) Told me to get my money From the (CIVIL CASE) THAT I have with my LAWYER SANDFORD RUBENSTEIN And JUST Leave LongISLAND. I Told (CO. perez) NO! ITS The PRINCIPAL And OFFICERS CANT- JUST be lying on INMATE'S to get WORKERS COMPENSATION. (CO. MR. PEREZ) SAID do WHAT you WANT SUMMERS! For proof of (CO. perez) Telling me This see The one to one- Logbook THAT WAS written about me, and Search The Logbook - From OCTOBER, 20TH, 24 - OCTOBER 27TH, 24 11:00pm - 7:00AM And will SEE (CO. MR. Perez) Log ENTRIES!

SINCE OCT, 16TH, 2024 OF The Incident AT the N.U.M.C - HOSPITAL I didnT recieve A (misbehavior Report) For Nothing that happen at the hospital THAT DAY, This Told me The NASSAU COUNTY JAIL WAS Trying to cover-up For what They did to me.

Around OCTOBER, 21ST, 24 - November, 7TH, 24 NASSAU COUNTY - Internal AFFAIRS CAME to SEE me concerning the OCTOBER, 16TH, 2024 Incident. I Told The Investigators - on (TAPE recording) what The CO'S did to me AT The hospital. AFTER I WAS done giving my STATEMENT -

28-31

on The (TAPE recorder) The Investigator took a picture OF The LASceration In my head And They took pictures of my BruiESES all over my body!

on OCTOBER, 31ST, 2024 I WENT to MINeola For Felony - Criminal court to Appear Infront of the - Hon. Judge ms. Meroyl BErkowitz. I Told her on the Record That The co's Beat me up again on OCT, 16TH, 24 I Told her I Told her this would happen to me when I First SAW her August, 28TH, 24. I Told her I dont Feel SAFE In the JAiL. mS. BErKowitz Told me Im Sorry about your expirence AT NASSAU County JAiL BuT she SAid I hope when you go upstate to NYS D.O.C.S I hope you have A Better Expirence!

Around November 2ND, 2024 - November 18TH, I put A grievance IN REQuesting to be housed with The FEmale Inmates due to I WAnted to Be around my Gender Type OF People And I Wrote That For my SAFety I should be housed with The - Female Inmates so the male co's would stop ASSAUlting - me.

From November, 5TH, 2024 - November 19TH, 24 (DEFendant Grievance Corpral MS. Knight) CAME to my cell - D-2-D9 And She WANTed me to sign off on a grievance That I Submitted. I ask her did She get my Grievance -

of me Requesting to Be [redacted] HousED with The Female - INmates? (corpral MS. Knight) says here's The Thing ......... You have A DICK Right? I Look AT my one to one officer IN shock, As he was to! I Told (corpral MS. Knight) That she can't TAlK to me like That! She then said "well" you have A penis Right? I STarted to Argue with (corpral ms. Knight) And Told her She CANT TAlK to me LiKE this!

I Told (SGT. SAMOZA) That (corpral ms. Knight) Told me I have A Dick! [redacted] Violating P.R.E.A. LAWS And Humiliating me. (SGT. MR. SAMOZA) Tells me she made a mistake. I Told (SGT. SAMOZA) What she said was not A mistake. I Grieved her For This and I reported her to Internal AFFAirs to where Internal AFFAirs of NASSAU county Recorded my statement - on TAPE Record!

on November [redacted], 24th, 2024 Sunday AT 6:30AM I got up. [redacted] around 7:00AM I Got up to See That my (One to one) officer was not sitting Infront of my cell, I Found IT to be weird that my Breakfast was not giving to me by 5:30Am whitch was - the regular Time That Breakfast was handed out at NASSAU CO JAIL As I Look AT The DESK [redacted] That was out In the (medical Hallway) - I saw A Breakfast Tray sitting on The Desk. I Then saw - (DEFendant CO. mr Pugliese) WAlKING In the medical Hallway of D-2-D! my one to one officer Pick up the Tray off The Desk

AND he opened up my slot on my door to give me my Breakfast Tray. I ASK my one to one OFFICER Why WAS (CO. MR. PUGliese) working back on This unit? my one to one OFFICER Told me he didnt Know why.

moments LATER (CO. MR. puGliese) CAME Into the DAYROOM with me and my one to one OFFicer And I STARTED YELLing AT him Telling him you CANT be IN here with me you lied on me Saying I ASSAULTed you. (CO. MR. PUGliese) PiCK up the one to one Logbook And he STAMP IT! he Then LOOK AT me and "Smiled AT me" and WAlK out The DAYROOM with me.

AT 12:00pm - 3:00pm I ASKed (CO. MS. melviN) why IS (CO. MR. PUGliese) working back on This (medical uniT) IF he ClAimed I sprung his hand? (CO. MS. melviN) ASKed me when WAS he working here? I Told her he WAS working here this morning and he came Into this DAYROOM with me provoking me to Show me he WAS back. (CO. MS. MELVIN) Told me She WAS going to Speak to LT. MR RAVERY!
AS (CO. MS. melviN) CAME back to Speak to me She Told me THAT There going to LET (CO. MR. PUGliese) work The D-2-D - medical uniT BUT They SAid he can't come Into the dAYRoom with you or your one to one OFFicer!
Around November, 18TH, 2024 - November 28TH, 2024 (ICAPTAL MS. Knight) CAME to my cell And gAve me a response to my Grievance of me - WANTING to be housed IN A FemAle housing uniT IN The JAIL

As I read (Corpral MS. Knight) response on my Grieavance It said [redacted] Grieavant Is requesting to be housed In a all Female housing unit At the Nassau county Jail, Grieavant has male - Gentilia As medical At Nassau county Jail stated. Men can not be housed with Female Inmates

Grievance is Denied:

I was shocked And confused by This Grieavance Response: I went In hid the grieavance response And (Corpral ms. Knight) Askme For the grieavance Back I Lied to her and Said I Through it Away! (Corpral ms. Knight) Got upset And In Rage And She Told me you want to play That game Fine! Me and (RN. Nurse SandraJones) was Talking Laughing when all of a sudden (Corpral ms Knight) Tried to throw her power around to bully (ms RN. Nurse SandraJones).

(Corpral ms. Knight) was useing correction officers to harrass (RN. Nurse ms. Sandra Jones) Because she was Talking with me Laughing. As ms. Jones came back, She Told me That whatever you wont give back to her She is upset At you to where She was Trying to retaliate And pin stuff on ms. Jones because she was Talking to me!

Around DECEMBER, 20TH, 2024 I sent a Grieavance to NASSAU UNIVERSITY medical center Hospital Complaing to the C.E.O OF the hospital megan Ryans how her STAFF MEDICally NEGlected me ETC. on OCTOBER, 16TH, 24.

I did not get no Response back So I resent her The Grieavance LETTER complaining about Nurse cynthia LACK OF medical care ETC. I sent This LETTER out to (C.E.O ms MEGAN RYANS) on Febuary 24TH, 2025 CERTIFIED mail / signautured Required And They signed For my complaint 3-7-25 BUT They never Responded SEE NEXT PAGE For proof!

I Now WEAR A hearing AID In my LEFT EAR SINCE August, 3rd, 2026 Because OF The permanient Damage CO. MR. BARBARA has caused me. my (Audio Specialist) Told me on July, 7TH, 26 AT Bedford Hills That I have permanient Loss of hearing IN my Left ear!

This IS A complete True complaint OF my NARRATIVE STATEment AGAISNT NASSAU COUNTY DefendANTS

[signature]

DATED - July, 27TH, 2026

SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

C.E.O MEGAN RYANS
2201 HEMPSTead TurnPike
EASTmeadow, NY, 11554
N.U.M.C HOSP

9590 9402 9093 4122 7395 73

2. Article Number (Transfer from service label)

9589 0710 5270 0066 4351 02

PS Form 3811, July 2020 PSN 7530-02-000-9053

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X [signature] ☐ Agent ☐ Addressee

B. Received by (Printed Name) C. Date of Delivery 3/7/25

D. Is delivery address different from item 1? If YES, enter delivery address below: ☐ No

3. Service Type
- ☑ Adult Signature
- ☐ Adult Signature Restricted Delivery
- ☑ Certified Mail®
- ☐ Certified Mail Restricted Delivery
- ☐ Collect on Delivery
- ☐ Collect on Delivery Restricted Delivery
- ☐ Insured Mail
- ☐ Insured Mail Restricted Delivery (over $500)
- ☐ Priority Mail Express®
- ☐ Registered Mail™
- ☐ Registered Mail Restricted Delivery
- ☑ Signature Confirmation™
- ☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

LT Levin

SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

TO: DISTRICT ATTorney
OFFICE OF Chumun County
150 LAKE STREET
2ND FLOOR, ELMIRA
NY, 14901

9590 9402 8323 3094 6440 60

7022 2410 0001 7860 8518

PS Form 3811, July 2020 PSN 7530-02-000-9053

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X ☐ Agent ☐ Addressee

B. Received by (Printed Name) C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
- ☑ Adult Signature
- ☐ Adult Signature Restricted Delivery
- ☑ Certified Mail®
- ☐ Certified Mail Restricted Delivery
- ☑ Collect on Delivery
- ☐ Collect on Delivery Restricted Delivery
- ☐ Insured Mail
- ☐ Insured Mail Restricted Delivery (over $500)
- ☐ Priority Mail Express®
- ☐ Registered Mail™
- ☐ Registered Mail Restricted Delivery
- ☑ Signature Confirmation™
- ☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

Wolfro

USPS TRACKING #

MID-ISLAND NY 117

MAR 2025 PM 5 L

9590 9402 9093 4122 7395 73

RU-I-2

2nd attempt

3/19/25

United States Postal Service

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4® in this box•

APRIL SUMMERS 24B5006
AURBURN CORRECTIONAL FACILITY
P.O. BOX 618, AURBURN, NY, 13024

ADDRESS OF CERTIFIED MAIL being sent to insure MEGAN RYANS IS Alerted about my complaint

G-19-14

AUBURN CORR. FAC. RECEIVED MAR 18 2025 CORRESPONDENCE

---

USPS TRACKING #

SYRACUSE NY 130

15 APR 2025 PM 2 L

9590 9402 8323 3094 6440 60

D-3-4

United States Postal Service

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4® in this box•

APRIL SUMMERS
DIN# 24B5006
P.O. BOX 618
AURBURN, NY, 13024
AURBURN CORRECTIONAL FAC.

AUBURN CORR. FAC. RECEIVED APR 17 2025 CORRESPONDENCE

FROM- BEDFORD Hills Correctional FACILITY
PO Box 1000
BEDFORD Hills, NY, 10507

APRIL Summers DIN# 25G0665

NEOPOST
07/27/2026
US POSTAGE $002.
ZIP 10
041M112

USMS

TO: PRO SE OFFICE OF CLERK
OF UNITED STATES EASTERN DISTRICT
FEDERAL COURT HOUSE

100 FEDERAL PLAZA
CENTRAL ISLIP, NY, 11722

LEGAL
MAIL

RECEIVED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JUL 29 2026 ★
LONG ISLAND OFFICE